**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| In re: Packaged Ice Antitrust Litigation | ) | |
| | ) | MDL 08-md-01952 |
| ———————————————— | ) | |
| | ) | THE HONORABLE PAUL D. BORMAN |
| | ) | UNITED STATES DISTRICT JUDGE |
| This Document relates to: | ) | |
| | ) | |
| ALL ACTIONS | ) | |
| | ) | |
| ———————————————— | ) | |

**INDIRECT PURCHASER PLAINTIFFS' MOTION FOR**
**<u>APPOINTMENT OF LEAD COUNSEL FOR THE INDIRECT PURCHASER CLASS</u>**

NOW COME plaintiffs, Jan Barranco-Grams, Marcellino E. Bryant, Jennin Gil, Jeff Manry, Thomas F. Prazan, Patrick Reeners, Wayne Sydor, James Taylor, Jenifer Valencia, and Tommy Williams ("Indirect Purchaser Plaintiffs"), through counsel, and pursuant to the Court's Order of November 10, 2008, as their Motion for Appointment of Lead Counsel for the Indirect Purchaser Class, and, alternatively, appointment of Lead Counsel for the Indirect Purchaser Class and an Indirect Purchaser Class Executive Committee, state as follows:

1. This litigation was initiated as a result of the alleged illegal conduct of defendants Arctic Glacier Income Fund, Arctic Glacier International, Inc., Reddy Ice Holdings, Inc., and Home City Ice Company (collectively "Defendants"), in conspiring to fix prices, allocating markets and territories, and committing other anticompetitive practices with the purpose and effect of unlawfully fixing, raising, maintaining, and/or stabilizing prices of packaged cubed, crushed, block, and dry ice ("Packaged Ice") sold in the United States and Canada.

1

2. The cases of Indirect Purchaser Plaintiffs now before the Court are believed to be the all of the cases that brought claims on behalf of indirect purchasers as a result of the complained-of conduct.

3. For the reasons stated in the accompanying Memorandum in Support of the Motion for Appointment of Lead Counsel for the Indirect Purchaser Class, Indirect Purchaser Plaintiffs propose that Ben Barnow, Barnow and Associates, P.C., be appointed Lead Counsel for the putative Indirect Purchaser Class.

4. Ben Barnow has considerable experience in handling indirect purchaser class actions and consumer class actions in general, is familiar with the applicable law, and has the ability to commit the necessary resources to this matter. Thus, the proposed appointment of Ben Barnow, Barnow and Associates, P.C., as Lead Counsel for the putative Indirect Purchaser Class satisfies the requirements for such a role and serves the goals of such a designation.

5. Ben Barnow has never been subjected to disciplinary proceedings, suspended from the practice of law, or disciplined in any way as a result of grievances filed against him.

6. Indirect Purchaser Plaintiffs also suggest, should the Court deem it appropriate at this time, that the Court consider appointing an Indirect Purchaser Class Executive Committee. It is respectfully suggested that the Indirect Purchaser Class Executive Committee should be comprised of the following attorneys and their firms:

    a.    Charles Barrett
         Barrett & Associates, P.A.
         6518 Highway 100
         Suite 210
         Nashville, TN 37205

2

b.     Larry D. Drury
Larry D. Drury, Ltd.
205 West Randolph, Suite 1430
Chicago, IL 60606

c.     Lance A. Harke
Harke & Clasby LLP
155 South Miami Ave., Suite 600
Miami, FL 33130

d.     Mark A. Maasch
Turner & Maasch, Inc.
550 West C Street, Suite 150
San Diego, CA 92101

e.     Ralph K. Phalen
Ralph K. Phalen, Atty. at Law
1000 Broadway, Suite 400
Kansas City, MO 64105

7. This motion has not provided for a Liaison Counsel. However, proposed Lead

Counsel for the putative Indirect Purchaser Class is not prohibitively distant from the

Court's location and it is believed the liaison function can be handled through the

Lead Counsel appointment. Should the Court nonetheless desire a Liaison Counsel

for Indirect Purchaser Plaintiffs, upon the Court's request, a recommendation for that

position will be provided.

## CONCLUSION

For the foregoing reasons, Indirect Purchaser Plaintiffs respectfully request that the

Honorable Court appoint Ben Barnow, Barnow and Associates, P.C., as Lead Counsel for the

putative Indirect Purchaser Class, and alternatively, appointment of Lead Counsel for the Indirect

Purchaser Class and an Indirect Purchaser Class Executive Committee comprised of Charles

Barrett, Larry D. Drury, Lance A. Harke, Mark A. Maasch, and Ralph K. Phalen, and their

3

respective law firms, with Lead Counsel as the Chairman of the Indirect Purchaser Class

Executive Committee.

> Jan Barranco-Grams, Marcellino E. Bryant, Jennin Gil, Jeff Manry, Thomas F. Prazan, Patrick Reeners, Wayne Sydor, James Taylor, Jenifer Valencia, and Tommy Williams, individually and on behalf of all others similarly situated,

> By:_/s/ Ben Barnow_____
>     Ben Barnow, One of the Attorneys for
>     Indirect Purchaser Plaintiffs

Proposed Lead Counsel for the
putative Indirect Purchaser Class:

Ben Barnow
Barnow and Associates, P.C.
One North LaSalle Street, Suite 4600
Chicago, IL 60602
b.barnow@barnowlaw.com
Phone: (312) 621-2000

Other Counsel for Indirect Purchaser Plaintiffs supporting this motion
(in Alphabetical order by attorney's last name):

Charles Barrett
Barrett & Associates, P.A.
6518 Highway 100
Suite 210
Nashville, TN 37205

Don Barrett
Don Barrett, P.A.
404 Court Square North
P.O. Box 987
Lexington, MS 39095

Mitch L. Burgess
Burgess & Lamb, P.C.
1000 Broadway, Suite 400
Kansas City, MO 64105

4

John L. Cates
Gingras, Cates and Luebke, S.C.
8150 Excelsior Drive
Madison, WI 53717

Gene M. Cullan
Samuel K. Cullan M.D., J.D. and Associates
2390 E. Camelback Road, Suite 105
Phoenix, AZ 85016

Larry D. Drury
Larry D. Drury, Ltd.
205 West Randolph, Suite 1430
Chicago, IL  60606

Lance A. Harke
Harke & Clasby LLP
155 South Miami Ave., Suite 600
Miami, FL 33130

Mark A. Maasch
Turner & Maasch, Inc.
550 West C Street, Suite 150
San Diego, CA  92101

Ralph K. Phalen
Ralph K. Phalen, Atty. at Law
1000 Broadway, Suite 400
Kansas City, MO 64105

Richard J. Schicker
The Law Offices of Richard J. Schicker
1623 Farnam Street, Suite 550
Omaha, NE 68102

Charles P. Yezbak, III
2002 Richard Jones Road
Suite B-200
Nashville, TN 37215

Joseph M. Zebas
Zebas Law Firm, L.L.C.
P.O. Box 1675
200 South Fowler Street
Hobbs, NM  88240

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| In re: Packaged Ice Antitrust Litigation | ) | |
| | ) | MDL 08-md-01952 |
| ——————————————— | ) | |
| | ) | THE HONORABLE PAUL D. BORMAN |
| | ) | UNITED STATES DISTRICT JUDGE |
| This Document relates to: | ) | |
| | ) | |
| ALL ACTIONS | ) | |
| ——————————————— | ) | |

**INDIRECT PURCHASER PLAINTIFFS' MEMORANDUM
IN SUPPORT OF THEIR MOTION FOR APPOINTMENT
OF LEAD COUNSEL FOR THE INDIRECT PURCHASER CLASS**

NOW COME plaintiffs, Jan Barranco-Grams, Marcellino E. Bryant, Jennin Gil, Jeff Manry, Thomas F. Prazan, Patrick Reeners, Wayne Sydor, James Taylor, Jenifer Valencia, and Tommy Williams ("Indirect Purchaser Plaintiffs"), through counsel, and pursuant to the Court's Order of November 10, 2008, respectfully submit this Memorandum in Support of their Motion for Appointment of Lead Counsel for the Indirect Purchaser Class, and, alternatively, appointment of Lead Counsel for the Indirect Purchaser Class and an Indirect Purchaser Class Executive Committee, and state as follows:

I.      **INTRODUCTION**

This litigation was initiated as a result of the alleged illegal conduct of defendants Arctic Glacier Income Fund, Arctic Glacier International, Inc., Reddy Ice Holdings, Inc., and Home City Ice Company (collectively "Defendants"), in conspiring to fix prices, allocating markets and territories, and committing other anticompetitive practices with the purpose and effect of unlawfully fixing, raising, maintaining, and/or stabilizing prices of packaged cubed, crushed, block, and dry ice ("Packaged Ice") sold in the United States and Canada. As a result of paying non-

1

competitive prices for Packaged Ice products, Indirect Purchaser Plaintiffs seek damages on their

own behalf and on behalf of the putative Indirect Purchaser Class. Indirect Purchaser Plaintiffs

brought, *inter alia*, antitrust claims pursuant to various state repealer statutes[1], and claims for

unjust enrichment.  To the knowledge of counsel for Indirect Purchaser Plaintiffs, to date, no

other attorneys have filed a motion for appointment as lead counsel for indirect purchasers; the

known filings to date have only sought appointment as lead counsel for direct purchasers. The

cases of Indirect Purchaser Plaintiffs represented by this motion and this memorandum are

believed to be all of the cases that brought claims on behalf of indirect purchasers as a result of

the complained-of conduct.

For the reasons stated below, it is respectfully suggested that Ben Barnow, Barnow and

Associates, P.C., be appointed Lead Counsel for the putative Indirect Purchaser Class.

Respectfully, his experience in class actions generally, indirect purchaser class action litigation,

and Multi-District Litigation support the requested appointment.

## II.     APPOINTMENT OF LEAD COUNSEL FOR INDIRECT PURCHASER PLANTIFFS WILL AID THE COURT'S MANAGEMENT OF THIS COMPLEX LITIGATION.

Rule 23(g) of the Federal Rules of Civil Procedure states that in appointing class counsel,

a court must consider:

> (i) the work counsel has done in identifying or investigating potential claims in
> the action;

---

[1]The U.S. Supreme Court ruling in *Illinois Brick Co. v. Illinois,* 431 U.S. 720 (1977), precludes

indirect purchasers from asserting claims under the Sherman Act. State statutes that allow

indirect purchaser claims are commonly referred to as repealer statutes because they repeal the

effect of *Illinois Brick.*

(ii) counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action;

(iii) counsel's knowledge of the applicable law; and

(iv) the resources that counsel will commit to representing the class.

Fed. R. Civ. P. 23(g)(1)(A). Additionally, a court may consider "any other matter pertinent to counsel's ability to fairly and adequately represent the interests of the class." Fed. R. Civ. P. 23(g)(1)(B).

Proposed Lead Counsel for the putative Indirect Purchaser Class has considerable experience in handling indirect purchaser class actions and consumer class actions in general, as well as MDL matters, is familiar with applicable law, and has the ability to commit the necessary resources to this matter. The cases he has organized, led and participated in evidence a willingness and ability to work cooperatively and efficiently with counsel, both plaintiffs and defendants. Thus, the proposed appointment of Ben Barnow, Barnow and Associates, P.C., as Lead Counsel for the putative Indirect Purchaser Class satisfies the requirements for such a role and serves the goals of such a designation.

**A. Proposed Lead Counsel for the putative Indirect Purchaser Class has already committed time and resources to this litigation.**

Beginning on March 24, 2008, plaintiffs' counsel supporting this motion, on behalf of their respective plaintiffs, filed eight (8) cases, representing ten (10) indirect purchaser plaintiffs,[2] that have been transferred to the Court. *See* Exhibit A, list of Indirect Purchaser Cases. These are believed to be all of the cases transferred to the Court addressing the claims of indirect purchasers. Proposed Lead Counsel for the putative Indirect Purchaser Class has worked on this action since its inception, including investigating the facts surrounding the action, researching

---

[2] Plaintiffs have brought their claims individually and on behalf of members of a putative Indirect Purchaser Class.

legal claims, identifying appropriate defendants, and communicating with other plaintiffs'

attorneys regarding the most efficient manner to organize plaintiffs' counsel and efficiently

advance the litigation.  Proposed Lead Counsel for Indirect Purchaser Plaintiffs has drafted and

is prepared to file a Consolidated Class Action Complaint of Indirect Purchasers once the Court

enters a scheduling order allowing for the filing of that pleading. The fact that proposed Lead

Counsel for the putative Indirect Purchaser Class has organized and garnered the support of the

plaintiffs' attorneys listed below weighs in favor of granting the Motion.

Thus, the requirements of Fed. R. Civ. P. 23(g)(1)(A)(i) and (iv) are satisfied.

**B.     Proposed Lead Counsel for the putative Indirect Purchaser Class has experience in class actions and extensive knowledge of antitrust law pertaining to indirect purchasers.**

Courts appointing lead counsel have placed great emphasis on proposed class counsel's

experience and knowledge of the applicable law. *See generally In Re Toys R Us Antitrust Litig.,*

191 F.R.D. 347, 351 (E.D.N.Y. 2000) ("Class counsel are highly skilled and experienced and can

fairly and adequately represent the interests of the class."); *In re Cree, Inc. Sec. Litig.,* 219 F.R.D.

369, 373 (M.D.N.C. 2003) (appointing class counsel in a securities case where the firm had

"extensive experience in representing institutional investors in securities actions throughout the

country and . . . long been heavily engaged in securities and corporate litigation.").

Proposed Lead Counsel for the putative Indirect Purchaser Class has extensive

experience, not only with consumer class actions and class actions generally, but also with

indirect purchaser antitrust litigation. S*ee* resume of Ben Barnow, attached hereto as Exhibit B.

Mr. Barnow was one of Class Counsel in a number of the state Microsoft civil antitrust cases

where he organized, joined with, and led and worked with other attorneys in such cases. Exhibit

B, Barnow Resume at ¶ 12. He was also appointed to Plaintiffs' Lead Counsel Committee in the

4

Microsoft Multi-District Litigation ("MDL") proceedings pending before the Honorable J. Frederick Motz, in the U.S. District Court for the District of Maryland. *Id.*

In MDL cases, Mr. Barnow has been appointed as one of lead counsel on a number of occasions. Said appointments include the *TJX Retail Security Breach Litigation* before the Honorable William G. Young (appointed via settlement agreement), the *M3Power Marketing Practices Litigation* before the Honorable Douglas P. Woodlock, the *High Sulfur Content Gasoline Products Liability Litigation* before the Honorable Ivan L.R. Lemelle, and, as mentioned above, the *Microsoft Civil Antitrust Litigation* before the Honorable J. Frederick Motz (appointed to Plaintiffs' Lead Counsel Committee). Exhibit B, Barnow Resume at ¶¶ 12, 19, 20, and 22. Although not an MDL, he recently organized, with his settlement Co-Lead Counsel, all of the cases pending in the *Certegy Check Servs., Inc.* litigation before the Honorable Steven D. Merryday. *Id.* at ¶ 23. Earlier this year, he was invited to speak at Tulane University Law School's symposium on *The Problem of Multidistrict Litigation*, held on February 15–16, 2008, where he was a member of a panel addressing "The Practicalities of Multidistrict Litigation."

As his past experience shows, Proposed Lead Counsel for the putative Indirect Purchaser Class has demonstrated that he can and will commit the resources necessary to conduct this litigation in a manner which ensures that members of the putative Indirect Purchaser Class will receive the best possible representation and that he has a proven ability to coordinate and work with other counsel. Thus, the requirements of Fed. R. Civ. P. 23(g)(1)(A)(ii) and (iii) are satisfied. And, in response to the Court's request for certain information, Proposed Lead Counsel for the putative Indirect Purchaser Class has never been subjected to disciplinary proceedings, suspended from the practice of law, or disciplined in any way as a result of grievances filed against him.

III.   **APPOINTMENT OF AN INDIRECT PURCHASER CLASS EXECUTIVE COMMITTEE.**

While the Court's Order of November 10, 2008, sought applications for Lead Counsel, should the Court deem it appropriate at this time, it is respectfully suggested that the Court also consider appointing an Indirect Purchaser Class Executive Committee.  The Indirect Purchaser Class Executive Committee would be comprised of the following attorneys and their respective law firms:

      a.      Charles Barrett
              Barrett & Associates, P.A.
              6518 Highway 100
              Suite 210
              Nashville, TN 37205

      b.      Larry D. Drury
              Larry D. Drury, Ltd.
              205 West Randolph, Suite 1430
              Chicago, IL  60606

      c.      Lance A. Harke
              Harke & Clasby LLP
              155 South Miami Ave., Suite 600
              Miami, FL 33130

      d.      Mark A. Maasch
              Turner & Maasch, Inc.
              550 West C Street, Suite 150
              San Diego, CA  92101

      e.      Ralph K. Phalen
              Ralph K. Phalen, Atty. at Law
              1000 Broadway, Suite 400
              Kansas City, MO 64105

These attorneys are experienced counsel. Their resumes are attached hereto as Group Exhibit D. They have represented that they have never been subjected to disciplinary proceedings, suspended from the practice of law, or disciplined in any way as a result of

grievances filed against them. They each have pending cases in the proceedings; these attorneys represent the plaintiffs in *Williams v. Arctic Glacier Income Fund, et al.* (transferred from the District of Arizona), *Barranco-Grams v. Reddy Ice Holdings, Inc., et al.* (transferred from the Southern District of California), *Gil v. Arctic Glacier Income Fund, et al.* (transferred from the Southern District of Florida), *Valenica v. Arctic Glacier Income Fund, et al.* (transferred from the District of Kansas), *Prazan v. Arctic Glacier Income Fund, et al.* (transferred from the District of Nebraska), *Manry v. Arctic Glacier Income Fund, et al.* (transferred from the District of New Mexico), *Bryant and Reeners v. Arctic Glacier Income Fund, et al.* (transferred from the Middle District of Tennessee), and *Taylor and Sydor v. Arctic Glacier Income Fund, et al.* (transferred from the Southern District of Florida).

## IV.     THE PROPOSED ORDER(S).

Movant has attached two (2) proposed orders, one providing for the appointment of Lead Counsel for the putative Indirect Purchaser Class and the other providing for appointment of Lead Counsel for the putative Indirect Purchaser Class and the proposed Indirect Purchasers Executive Committee. *See* Exhibits D and E, attached hereto. The Court's ruling will determine the appropriate one to be entered. Movant has not provided for a Liaison Counsel. However, proposed Lead Counsel for the Indirect Purchaser Class is not prohibitively distant from the Court's location and is prepared to fill that function. Should the Court nonetheless desire a Liaison Counsel for Indirect Purchaser Plaintiffs, upon the Court's request, a recommendation for that position will be provided.

**CONCLUSION**

For the foregoing reasons, Indirect Purchaser Plaintiffs respectfully request that the Honorable Court appoint Ben Barnow, Barnow and Associates, P.C., as Lead Counsel for the

putative Indirect Purchaser Class and, alternatively, appoint Ben Barnow, Barnow and

Associates, P.C., as Lead Counsel for the putative Indirect Purchaser Class and appoint an

Indirect Purchaser Class Executive Committee comprised of Charles Barrett, Larry D. Drury,

Lance A. Harke, Mark A. Maasch, and Ralph K. Phalen, and their respective law firms, with

Lead Counsel as the Chairman of the Indirect Purchaser Class Executive Committee.

> Jan Barranco-Grams, Marcellino E. Bryant, Jennin Gil, Jeff Manry, Thomas F. Prazan, Patrick Reeners, Wayne Sydor, James Taylor, Jenifer Valencia, and Tommy Williams, individually and on behalf of all others similarly situated,
>
>
> By: _/s/ Ben Barnow_____
> Ben Barnow, One of the Attorneys for the
> Indirect Purchaser Plaintiffs

Proposed Lead Counsel for the
putative Indirect Purchaser Class:

Ben Barnow
Barnow and Associates, P.C.
One North LaSalle Street, Suite 4600
Chicago, IL  60602
b.barnow@barnowlaw.com
Phone: (312) 621-2000

Other Counsel for Indirect Purchaser Plaintiffs supporting this motion
(in Alphabetical order by attorney's last name):

Charles Barrett
Barrett & Associates, P.A.
6518 Highway 100
Suite 210
Nashville, TN 37205

Don Barrett
Don Barrett, P.A.
404 Court Square North
P.O. Box 987
Lexington, MS 39095

Mitch L. Burgess
Burgess & Lamb, P.C.
1000 Broadway, Suite 400
Kansas City, MO  64105

John L. Cates
Gingras, Cates and Luebke, S.C.
8150 Excelsior Drive
Madison, WI 53717

Gene M. Cullan
Samuel K. Cullan M.D., J.D. and Associates
2390 E. Camelback Road, Suite 105
Phoenix, AZ 85016

Larry D. Drury
Larry D. Drury, Ltd.
205 West Randolph, Suite 1430
Chicago, IL  60606

Lance A. Harke
Harke & Clasby LLP
155 South Miami Ave., Suite 600
Miami, FL 33130

Mark A. Maasch
Turner & Maasch, Inc.
550 West C Street, Suite 150
San Diego, CA  92101

Ralph K. Phalen
Ralph K. Phalen, Atty. At Law
1000 Broadway, Suite 400
Kansas City, MO 64105
Phone: (816) 589-0753

Richard J. Schicker
The Law Offices of Richard J. Schicker
1623 Farnam Street, Suite 550
Omaha, NE 68102

Charles P. Yezbak, III
2002 Richard Jones Road
Suite B-200
Nashville, TN 37215

Joseph M. Zebas
Zebas Law Firm, L.L.C.
P.O. Box 1675
200 South Fowler Street
Hobbs, NM  88240


### CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Mario Nunzio Alioto - MDL NOT ADMITTED     malioto@tatp.com

Kristen M. Anderson - MDL NOT ADMITTED     kanderson@scott-scott.com, efile@scott-scott.com, tturner@scott-scott.com

Ronald J. Aranoff     aranoff@bernlieb.com

Steven A. Asher     asher@wka-law.com

Edward A. Baker     ebaker@bsfllp.com, afraser@bsfllp.com, jcrowe@bsfllp.com

David H Bamberger - MDL NOT ADMITTED     david.bamberger@dlapiper.com, jessica.green-johnson@dlapiper.com

Ben Barnow - MDL NOT ADMITTED     b.barnow@barnowlaw.com, b.strautins@barnowlaw.com, e.schork@barnowlaw.com, s.harris@barnowlaw.com

Timothy D. Battin - MDL NOT ADMITTED     tbattin@straus-boies.com, tpalumbo@straus-boies.com

Natalie Finkelman Bennett - MDL NOT ADMITTED     nfinkelman@sfmslaw.com

Garrett D. Blanchfield - NOT ADMITTED , Jr     g.blanchfield@rwblawfirm.com

Bryan L Bleichner - MDL NOT ADMITTED     bbleichner@chestnutcambronne.com

Mischa Boardman     mboardman@zkact.com, eschwartz@zkact.com, vbreeze@zkact.com

Jarod Bona - MDL NOT ADMITTED     jarod.bona@dlapiper.com,

dawn.solfield@dlapiper.com, jamie.huntley@dlapiper.com

Lisa A. Brown    lbrown@dykema.com, kcooper@dykema.com

W Joseph Bruckner    wjbruckner@locklaw.com, ctjohansen@locklaw.com, hnpotteiger@locklaw.com

Christopher M Burke - MDL NOT ADMITTED    cburke@scott-scott.com

Daniel A. Bushell    dbushell@bermanesq.com, jdominguez@bermanesq.com

Patrick E. Cafferty    pcafferty@caffertyfaucher.com, pecafferty@aol.com

William Caldes - MDL NOT ADMITTED    bcaldes@srk-law.com

Mary Lynne Calkins - MDL NOT ADMITTED    MCalkins@csgrr.com

Daniel Charest - MDL NOT ADMITTED    dcharest@susmangodfrey.com, lturner@susmangodfrey.com

Nathan M. Cihlar    ncihlar@straus-boies.com, ecf@straus-boies.com, tpalumbo@straus-boies.com

Bryan L Clobes - MDL - NOT ADMITTED    bclobes@caffertyfaucher.com, tfraser@caffertyfaucher.com

Jay S Cohen - MDL NOT ADMITTED    jcohen@srk-law.com

Jeffrey J Corrigan    jcorrigan@srk-law.com

Paul Costa - MDL NOT ADMITED    pcosta@finekaplan.com

Thomas W. Cranmer    cranmer@millercanfield.com, christenson@millercanfield.com, Rouman@millercanfield.com

Gregory L. Curtner    curtner@millercanfield.com, chapmand@millercanfield.com, misisian@millercanfield.com

Richard B. Drubel    rdrubel@bsfllp.com, dblanchard@bsfllp.com

John Emerson - MDL NOT ADMITTED    jemerson@emersonpoynter.com, swilson@emersonpoynter.com, tanya@emersonpoynter.com

David A. Ettinger    dettinger@honigman.com

Mary Jane Fait - NOT ADMITTED     fait@whafh.com, ldouglas@whafh.com

David H. Fink     dhf@millerlawpc.com, jns@millerlawpc.com, kds@millerlawpc.com

Jonathan B. Frank     frank@jackiergould.com

Scott D Gilchrist - MDL NOT ADMITTED     sgilchrist@cohenandmalad.com

Daniel C. Girard     dcg@girardgibbs.com, act@girardgibbs.com, amv@girardgibbs.com, ecp@girardgibbs.com

Jeffrey B Gittleman - MDL NOT ADMITTED     jgittleman@barrack.com, rbranch@barrack.com

Shawn-Lee M. Goddard     shawn.goddard@theshealawfirm.com, david.shea@theshealawfirm.com

Jacob A. Goldberg     jgoldberg@faruqilaw.com, abarinov@faruqilaw.com

Joseph Goldberg - MDL NOT ADMITTED     jg@fbdlaw.com

Jayne Goldstein - MDL NOT ADMITTED     jgoldstein@sfmslaw.com

Dean M. Googasian     dgoogasian@googasian.com, chansen@googasian.com

Ruthanne Gordon - MDL NOT ADMITTED     rgordon@bm.net, mrussell@bm.net

Mary Ellen Gurewitz     megurewitz@sachswaldman.com, jbenjamin@sachswaldman.com, pmerchak@sachswaldman.com

Mark H Hamer - MDL NOT ADMITTED     mark.hamer@dlapiper.com, Amber.Dodge@dlapiper.com, david.knotts@dlapiper.com

Melissa B. Hirst     mbhirst@jonesday.com

Thomas H. Howlett     thowlett@googasian.com, choule@googasian.com

Ryan A. Husaynu     hplaw@mich.com, ryanh@mich.com

Philip J. Iovieno     piovieno@bsfllp.com

Howard B. Iwrey     hiwrey@dykema.com, wkyles@dykema.com

Jonathan M Jagher     Jjagher@srk-law.com

Steven A Kanner - MDL NOT ADMITTED    skanner@fklmlaw.com

Robert N Kaplan - MDL NOT ADMITTED    rkaplan@kaplanfox.com

Sherman Kassof - MDL NOT ADMITTED    heevay@att.net

Jason S Kilene - MDL NOT ADMITTED    jkilene@gustafsongluek.com

Jeffrey A. Klafter    jak@klafterolsen.com

Richard N. LaFlamme    rlaflamme@lm-law.net

Robert J. LaRocca    rlarocca@kohnswift.com, r.larocca@verizon.net, robertl@kohnswift.com

Joseph Jeffrey Landen - MDL NOT ADMITTED    jlanden@graydon.com

Christopher Lebsock - MDL NOT ADMITTED    clebsock@hausfeldllp.com

Michael P Lehmann - MDL NOT ADMITTED    mlehmann@hausfeldllp.com

Kellie Lerner- MDL NOT ADMITTED    klerner@labaton.com

Roberta D. Liebenberg - MDL NOT ADMITTED    rliebenberg@finekaplan.com

Richard A. Lockridge    ralockridge@locklaw.com

Michael P. Lynn - MDL NOT ADMITTED    mlynn@lynnllp.com

Mark A Maasch - MDL NOT ADMITTED    mam@tmsdlaw.com

Michael G McLellan - MDL - NOT ADMITTED    mmclellan@finkelsteinthompson.com

Timothy O. McMahon    tmcmahon@kickhamhanley.com, kfiema@kickhamhanley.com

Chad M McManamy - MDL NOT ADMITTED    chad@moginlaw.com

Thomas C. Michaud    tmichaud@vmtlaw.com

Douglas A Millen - MDL NOT ADMITTED    dmillen@fklmlaw.com

David W. Mitchell - MDL NOT ADMITTED    DavidM@csgrr.com, Christinas@csgrr.com,
e_file_sd@csgrr.com, mbacci@csgrr.com

Daniel J Mogin - MDL NOT ADMITTED    dan@moginlaw.com

Andrew J. Morganti    amorganti@milberg.com, MAOffice@milberg.com

John Murdock - MDL NOT ADMITTED    jmurdock@mgsglaw.com

Brian P. Murray    bmurray@murrayfrank.com

James R Nelson - MDL NOT ADMITTED    jr.nelson@dlapiper.com,
laurie.davis@dlapiper.com, vivian.jackson@dlapiper.com

Linda P. Nussbaum    lnussbaum@kaplanfox.com, rkelly@kaplanfox.com

Martha J. Olijnyk    mjo@millerlawpc.com, aad@millerlawpc.com, jns@millerlawpc.com

Joseph Marid Patane - MDL NOT ADMITTED    jpatane@tatp.com

Andrew A. Paterson , Jr    aap43@hotmail.com

Peter A. Pease    ppease@bermanesq.com, bdentremont@bermanesq.com,
jdominguez@bermanesq.com, kdevalerio@bermanesq.com, vmcallister@bermanesq.com

John M. Perrin    johnmperrin@sbcglobal.net, litigationgroup@mycomcast.com

John B. Pinney    jpinney@graydon.com, tlewis@graydon.com

Scott E Poynter - MDL NOT ADMITTED    scott@emersonpoynter.com

William Reiss - MDL NOT ADMITTED    wreiss@labaton.com

Paula W Render    prender@jonesday.com

Michael A Roberts - MDL NOT ADMITTED    mroberts@graydon.com

Richard P. Rouco    rrouco@wdklaw.com, ecf@wdklaw.com

Lauren Clare Russell - MDL NOT ADMITTED    laurenrussell@tatp.com

Noah D Sacks - MDL NOT ADMITTED    noah@moginlaw.com

Douglas C. Salzenstein    dsalzenstein@honigman.com, mjohnson@honigman.com

Hollis L Salzman - MDL NOT ADMITTED    hsalzman@labaton.com

Matthew R Salzwedel    mrsalzwedel@locklaw.com, hnpoetteiger@locklaw.com

Kimberly H. Schultz    kschultz@bsfllp.com, dblanchard@bsfllp.com, rdrubel@bsfllp.com

Steven A. Schwartz     steveschwartz@chimicles.com, karenlwright@chimicles.com

Daniel B. Scott     danielscott@chimicles.com

Howard Sedran - MDL NOT ADMITTED     hsedran@lfsblaw.com

Heidi M Silton     hmsilton@locklaw.com, cmleinen@locklaw.com, hnpotteiger@locklaw.com

Elwood S. Simon     esimon@esimon-law.com, evan@esimon-law.com

Richard A. Smith - MDL NOT ADMITTED     rsmith@lynnllp.com

Eugene A. Spector     Espector@srk-law.com

Allan Steyer     asteyer@steyerlaw.com

Eric J Stock - MDL NOT ADMITTED     ejstock@hhlaw.com

Joseph J. Tabacco     jtabacco@bermanesq.com

Reginald Von Terrell - MDL NOT ADMITTED     reggiet2@aol.com, reginald-terrell@sbcglobal.net

Stephen F. Wasinger     sfw@sfwlaw.com, jschroeder@kickhamhanley.com, kfiema@kickhamhanley.com

S. Thomas Wienner     twienner@wiennergould.com, jtibbs@wiennergould.com

Robert J. Wierenga     wierenga@millercanfield.com, chapmand@millercanfield.com, misisian@millercanfield.com

Lance C. Young     younglcy@hotmail.com

Mark J. Zausmer     mzausmer@zkac.com, ldonnelly@zkact.com

John P. Zuccarini     zuccarinis@aol.com, evan@esimon-law.com

and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:

Richard Stuart Wayne, Esq.
Thomas P. Glass, Esq.
William Robert Jacobs, Esq.
Strauss & Troy
150 E. Fourth Street, 4th Floor
Cincinnati, OH 45202

Edmund W. Searby, Esq.
John D. Fabian, Esq.
McDonald Hopkins
2100 Bank One Center
600 Superior Avenue, E
Cleveland, OH 44114

Christopher E. Coleman, Esq.
Lieff Cabraser et al.
150 4th Avenue, Suite 1650
Nashville, TN 37219

Ann Mandt, Esq.
Charfiis & Christensen
5510 Woodward Ave.
Detroit, MI 48202

David P. McLafferty, Esq.
McLafferty & Associates PC
923 Fayette Street
Conshohocken, PA 19428

Ann D. White, Esq.
Ann D. White Law Office PC
165 Township Line Road, Suite 2400
Jenkintown, PA 19046

Robert J. Gralewski, Jr., Esq.
Gergosian & Gralewski LLP
655 West Broadway, Suite 1410
San Diego, CA 92101

Ira Neil Richards, Esq.
Trujillo Rodriguez & Richards LLC
1717 Arch Street, Suite 3838
Philadelphia, PA 19103

Jason S. Hartley, Esq.
Jason M. Lindner, Esq.
Ross Dixon & Bell LLP
550 West B Street, Suite 400
San Diego, CA 92101-3599

Stephen R. Neuwirth, Esq.
Quinn Emanuel Urquhart Oliver
& Hedges LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

Samuel D. Heins, Esq.
Vincent J. Esades, Esq.
Scott W. Carlson, Esq.
Katherine T. Kelly, Esq.
Heins Mills & Olsen, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403

Nathaniel P. Hobbs, Esq.
Patrick Burns & Associates
8401 Wayzata Boulevard, Suite 300
Minneapolis, MN 55426

Arthur N. Bailey, Esq.
Arthur N. Bailey & Associates
111 West Second Street, Suite 4500
Jamestown, NY 14701

Maxwell M. Blecher, Esq.
Blecher & Collins
515 South Figueroa Street, 17th Floor
Los Angeles, California 90071

Jonathan W. Cuneo, Esq.
Daniel C. Cohen, Esq.
Cuneo, Gilbert & Laduca, LLP
507 C Street, NE
Washington, DC 20002

Anthony Bolognese, Esq.
Joshua H. Grabar, Esq.
Bolognese & Associates, LLC
Two Penn Center
1500 JFK Boulevard, Suite 320
Philadelphia, PA 19102

Karl L. Cambronne, Esq.
Chestnut & Cambronne, P.A.
3700 Campbell Mithun Tower
222 South Ninth Street
Minneapolis, MN 55402

Richard L. Jasperson, Esq.
Richard L. Jasperson P.A.
E1000 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101

Stephen Carlin, Esq.
Greenberg, Traurig,
2200 Ross Ave
Suite 5200
Dallas, TX 75201

Donald Amamgbo
7901 Oakprot Street
Suite 4900
Oakland, CA 94621

Mark Reinhardt, Esq.
Reinhardt, Wendorf
E1250 First national Bldg.
332 Minnesota Street
St. Paul MN 55101

   /s/  Ben Barnow
Barnow and Associates, P.C.
One North LaSalle Street
Suite 4600
Chicago, IL 60602
Telephone:  (312) 621-2000
b.barnow@barnowlaw.com