# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN (DETROIT)

| | |
|---|---|
| *In re*: PACKAGED ICE ANTITRUST LITIGATION | Case No. 2:08-MD-1952-PDB |
| | MDL No. 1952 |
| This Document Relates To: ALL ACTIONS | Honorable Paul D. Borman |

## NOTICE OF WITHDRAWAL OF EDMUND W. SEARBY AND JOHN D. FABIAN

PLEASE TAKE NOTICE that Edmund W. Searby and John D. Fabian of McDonald Hopkins LLC are withdrawing as counsel of record on behalf of Plaintiffs Chi-Mar Enterprises, Inc.; Juniata Mobil; Marchbanks Travel Services, Inc. *d/b/a* Bear Mountain Travel Stop; Warrington Fuels, Inc.; and Fu-Wah Mini Market in the above-captioned matter.

Additional counsel of record remain in this action to effectively represent the interests of the Plaintiffs.

DATED: February 11, 2009

Respectfully submitted,

/s/ Stephen M. Gross
Stephen M. Gross (P35410)
McDonald Hopkins LLC
39533 Woodward Avenue, Suite 318
Bloomfield Hills, MI 48304
Telephone: (248) 646-5070
Facsimile: (248) 646-5075
E-mail: sgross@mcdonaldhopkins.com

Edmund W. Searby (0064755)
McDonald Hopkins LLC
600 Superior Avenue East, Suite 2100
Cleveland, OH 44114
Telephone: (216) 348-5400

1

{1647739:}

        Facsimile:  (216) 348-5474
        E-mail:  esearby@mcdonaldhopkins.com

        Attorneys for Plaintiffs Chi-Mar Enterprises, Inc., Juniata Mobil, Marchbanks Travel Services, Inc. d/b/a Bear Mountain Travel Stop, Warrington Fuels, Inc., and Fu-Wah Mini Market

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2009, I electronically filed the foregoing *Notice of Withdrawal of Edmund W. Searby and John D. Fabian* with the Clerk of Court using the ECF system, which will send notifications of such filing to all attorneys registered to receive ECF filings. Additionally, I hereby certify that I have sent by First Class U.S. Mail the above document to the non-ECF participants on the attached Service List.

        /s/ Stephen M. Gross
        Stephen M. Gross (P35410)
        MCDONALD HOPKINS LLC
        39533 Woodward Avenue, Suite 318
        Bloomfield Hills, MI  48304
        Telephone:  (248) 646-5070
        Facsimile:  (248) 646-5075
        E-mail:  sgross@mcdonaldhopkins.com

        Edmund W. Searby (0064755)
        MCDONALD HOPKINS LLC
        600 Superior Avenue East, Suite 2100
        Cleveland, OH  44114
        Telephone:  (216) 348-5400
        Facsimile:  (216) 348-5474
        E-mail:  esearby@mcdonaldhopkins.com

        Attorneys for Plaintiffs Chi-Mar Enterprises, Inc., Juniata Mobil, Marchbanks Travel Services, Inc. d/b/a Bear Mountain Travel Stop, Warrington Fuels, Inc., and Fu-Wah Mini Market

{1647739:}

## SERVICE LIST for Case No. 08-MD-1952-PDB (MDL No. 1952) – Page 1 of 3

**Guri Ademi**
**Shpetim Ademi**
ADEMI & O'REILLY
3620 E. Layton Avenue
Cudahy, WI 53110

**C. Donald Amamgbo**
AMAMGBO & ASSOCIATES, P.L.C.
7901 Oakport Street, Suite 4900
Oakland, CA 94621

**James W. Anderson**
**Daniel E. Gustafson**
GUSTAFSON, GLUEK, PLLC
608 2nd Avenue South, Suite 650
Minneapolis, MN 55402

**Arthur Bailey**
ARTHUR N. BAILEY & ASSOCIATES
111 West Second Street, Suite 4500
Jamestown, NY 14701

**David A. Balto**
2600 Virginia Avenue, NW, Suite 1111
Washington, DC 20037

**Barry Barnett**
**Terrell Oxford**
SUSMAN, GODFREY LLP
901 Main Street, Suite 5100
Dallas, TX 75202-3775

**Don Barrett**
BARRETT LAW OFFICES
P.O. Drawer 987
Lexington, MS 39095

**Charles F. Barrett**
BARRETT & ASSOCIATES
6518 Highway 100, Suite 210
Nashville, TN 37205

**Maxwell Blecher**
BLECHER & COLLINS
515 S. Figueroa Street, 17th Floor
Los Angeles, CA 90071

**Jeffrey D. Bores**
**Karl L. Cambronne**
CHESTNUT & CAMBRONNE
222 South 9th Street, Suite 3700
Minneapolis, MN 55402

**Mitchell L. Burgess**
**Ralph K. Phalen**
BURGESS AND LAMB, PC
1000 Broadway, Suite 400
Kansas City, MO 64105

**Howard M. Bushman**
**Lance A. Harke**
HARKE & CLASBY
155 S. Miami Avenue, Suite 600
Miami, FL 33130

**Stephen Carlin**
GREENBERG TRAURIG, LLP
2200 Ross Avenue, Suite 5200
Dallas, TX 75201

**Scott Carlson**
**Samuel Heins**
**Katherine Kelly**
HEINS, MILLS & OLSEN
310 Clifton Avenue
Minneapolis, MN 55403

**John L. Cates**
GINGRAS, CATES & LUEBKE
8150 Excelsior Drive
P.O. Box 1808
Madison, WI 53701

**Austin Cohen**
LEVIN, FISHBEIN, DEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

**Daniel Cohen**
**Jonathan Cuneo**
CUNEO, GILBERT & LaDUCA
507 C Street, NE
Washington, DC 20002

**Christopher E. Coleman**
LIEFF CABRASWER HEINMANN &
BERNSTEIN, LLP
150 Fourth Avenue, Suite 1650
Nashville, TN 37219

**Eric L. Cramer**
**Charles P. Goodwin**
**David A. Langer**
BERGER & MONTAGUE
1622 Locust Street
Philadelphia, PA 19103

**Gene M. Cullan**
LAW OFFICES OF SAMUEL K.
CULLAN, M.D., J.D., P.C.
2390 E. Camelback Road, Suite 105
Phoenix, AZ 85016

**Joshua P. Davis**
437A Valley Street
San Francisco, CA 94131

**David L. DeBord**
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114

**Gerard A. Dever**
**Ria C. Momblanco**
FINE, KAPLAN AND BLACK, R.P.C.
1835 Market Street, 28th Floor
Philadelphia, PA 19103-2929

**Larry D. Drury**
LARRY D. DRURY, LTD.
205 W. Randolph Street, Suite 1430
Chicago, IL 60606

**Vincent Esades**
HEINS, MILLS & OLSON
310 Clifton Avenue
Minneapolis, MN 55403

**Nadeem Faruqi**
**Antonio Vozzolo**
FARUQI & FARUQI
320 E. 39th Street
New York, NY 10016

**Jeffrey P. Fink**
ROBBINS, UMEDA & FINK, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101

**Thomas P. Glass**
**Richard Stuart Wayne**
**William Robert Jacobs**
STRAUSS & TROY
150 East Fourth Street
Cincinnati, OH 45202-4018

**Robert J. Gralewski, Jr.**
GERGOSIAN & GRALEWSKI, LLP
544 West Broadway, Suite 1410
San Diego, CA 92101

**Roger B. Greenberg**
SCHWARTZ, JUNELL, GREENBERG
& OATHOUT, LLP
909 Fannin, Suite 2700
Houston, TX 77010

## SERVICE LIST for Case No. 08-MD-1952-PDB (MDL No. 1952) – Page 2 of 3

**Steven J. Greenfogel**
MEREDITH COHEN GREENFOGEL &
SKIRNICK, P.C.
1512 Locust Street, 8th Floor
Philadelphia, PA 19102

**Martin E. Grossman**
2121 Green Brier Drive
Villanova, PA 19085

**Jason Hartley**
ROSS, DIXON & BELL, LLP
550 W. B Street, Suite 400
San Diego, CA 92101

**Kenneth W. Hartman**
BAIRD HOLD
1500 Woodmen Tower
Omaha, NE 68102

**Michael D. Hausfeld**
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Ave., NW, Suite 500 W.
Washington, DC 20005-3934

**Nathaniel Hobbs**
PATRICK BURNS & ASSOCIATES
8401 Wayzata Blvd., Suite 300
Minneapolis, MN 55426

**Michele C. Jackson**
**Joseph R. Saveri**
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111

**Richard L. Jasperson**
RICHARD L. JASPERSON, PA
101 East 5th Street, Suite 2625
St. Paul, MN 55101-1808

**Charles H. Johnson**
CHARLES H. JOHNSON & ASSOCIATES
2599 Mississippi Street
New Brighton, MN 55112

**Laura M. Kam**
DLA PIPER US, LLP
2415 E. Camelback Road, Suite 700
Phoenix, AZ 85029

**Alan L. Kildow**
DLA PIPER US, LLP
90 South Seventh Street, Suite 5100
Minneapolis, MN 55402

**Irwin B. Levin**
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204

**J. Jeffrey Landen**
GRAYDON HEAD & RITCHEY, LLP
2400 Chamber Center Drive, Suite 300
Fort Mitchell, KY 41017

**Kelli Lerner**
**Bernard Persky**
LABATON SUCHAROW, LLP
140 Broadway
New York, NY 10005

**John M. Majoras**
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 75201

**Mel E. Lifshitz**
BERNSTEIN, LIEBHARD & LIFSHITZ, LLP
10 East 40th Street, 22nd Floor
New York, NY 10016

**William H. London**
FREED KANNER LONDON & MILLEN, LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015

**David McLafferty**
923 Fayette Street
Conshohocken, PA 19428

**John Malkinson**
MALKINSON & HALPERN PC
223 West Jackson Blvd., Suite 1010
Chicago, IL 60606

**Ann Mandt**
CHARFOOS AND CHRISTENSEN
5510 Woodward Avenue
Detroit, MI 48202

**Lee T. Patajo**
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127

**Dianne M. Nast**
RODA & NAST
801 Estelle Drive
Lancaster, PA 17601

**Stephen R. Neuwirth**
QUINN EMANUEL URQUHART
OLIVER AND HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

**Ira Neil Richards**
TRUJILLO, RODRIGUEZ & RICHARDS, LLC
1717 Arch Street, Suite 3838
Philadelphia, PA 19103

**Elizabeth Pritzker**
**Aaron Sheanin**
**Steven Tidrick**
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, CA 94108

**Mark Reinhardt**
REINHARDT, WENDORF & BLANCHFIELD
E-1250 First National Building
332 Minnesota Street
St. Paul, MN 55101

**Alexander M. Schack**
LAW OFFICES OF ALEXANDER M. SCHACK
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127

**Brian J. Robbins**
ROBBINS UMEDA & FINK, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101

**Peter Safirstein**
MILBERG LLP
One Penn Plaza, Suite 4800
New York, NY 10119

**Charles Sweedler**
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

## SERVICE LIST for Case No. 08-MD-1952-PDB (MDL No. 1952) – Page 3 of 3

**Richard J. Schicker**
LAW OFFICES OF RICHARD J. SCHICKER
1623 Farnam Street, Suite 550
Omaha, NE 68102

**Allan Van Fleet**
GREENBERG TRAURIG, LLP
1000 Louisiana Street, Suite 1800
Houston, TX 77002

**Larry Veselka**
SMYSER KAPLAN & VESELKA, LLP
700 Louisiana Street, Suite 2300
Houston, TX 77002

**David J. Syrios**
ADEMI AND O'REILL, LLP
3620 East Layton Avenue
Cudahy, WI 53110

**Stewart Weltman**
STEWART WELTMAN LAW FIRM
77 West Wacker Drive, Suite 4800
Chicago, IL 60601-1664

**Charles P. Yezbak**
YEZBAK LAW OFFICES
2002 Richard Jones Road, Suite B-200
Nashville, TN 37215

**Andrew Wood**
WOOD, WOOD & YOUNG
U.S. Bank Building
33 W. Second Street, 3rd Floor
Maysville, KY 41056

**Ann White**
ANN WHITE LAW OFFICES
101 Greenwood Avenue, 5th Floor
Jenkintown, PA 19046

**Joseph Zebas**
P.O. Box 1675
Hobbs, NM 88240