UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: PACKAGED ICE<br>ANTITRUST LITIGATION<br><br>This Document Relates to<br><br>ALL ACTIONS | MDL No. 08-MD-01952<br><br>PAUL D. BORMAN<br>UNITED STATES DISTRICT JUDGE |

### NOTICE OF APPEARANCE OF KAPLAN FOX & KILSHEIMER LLP AT HEARING ON MARCH 16, 2009 TO DETERMINE APPOINTMENT OF CLASS COUNSEL

In compliance with the Court's February 17, 2009 Notice of Hearing Pursuant to Fed.R.Civ.P. 23(g) To Determine Appointment of Class Counsel, Robert N. Kaplan will appear in support of the motion for appointment of Kaplan Fox & Kilsheimer LLP as Interim Lead Counsel for the Direct Purchaser Antitrust Class.

Dated: February 25, 2009

Respectfully submitted,

Kaplan Fox & Kilsheimer LLP

/s/Robert N. Kaplan
850 Third Avenue
14th Floor
New York, NY 10022
Tel.:  212-687-1980
Fax:  212-687-7714

2

**CERTIFICATE OF SERVICE**

  I, Robert N. Kaplan, declare that, on February 25, 2009, I caused true and correct copies of the foregoing to be delivered via the Court's ECF system to all counsel of record.

               */s/ Robert N. Kaplan*
                Robert N. Kaplan