IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN (DETROIT)

---------------------------------------------------x
IN RE: PACKAGED ICE
   ANTITRUST LITIGATION

This Document Relates To:

 ALL ACTIONS
---------------------------------------------------x

Case No. 2:08-MD-1952-PDB
MDL No. 1952

HONORABLE PAUL D. BORMAN

### NOTICE OF WITHDRAWAL OF ANDREW J. MORGANTI

TO: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE that Andrew J. Morganti, a former attorney at Milberg LLP and a former attorney for Plaintiff JBZ, Inc. d/b/a, In & Out Food Store and Plaintiffs Public Foods, Inc., Americana Food Store, Inc. and Twin Value LLC d/b/a, Seaway Marketplace (hereinafter, "Plaintiffs"), is hereby withdrawn as counsel for Plaintiffs. Paul F. Novak, of Milberg LLP and Ryan Husaynu of Husaynu & Plezia, P.C. continue to serve as counsel for Plaintiffs and request that all future correspondence and papers in this action continue to be directed to them.

Dated: September 24, 2009

        Respectfully submitted,

        MILBERG LLP

        By: */s/ Paul F. Novak*
        Paul F. Novak
        One Pennsylvania Plaza
        New York, New York 10119
        Tel: 212-594-5300
        Fax: 212-868-1229
        e-mail: pnovak@milberg.com

        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Paul F. Novak, hereby certify that on this 24th day of September, 2009, I caused a true and correct copy of the foregoing *Notice of Withdrawal of Andrew J. Morganti* to be served via ECF on all counsel registered with the Court's electronic filing system and via United States regular mail upon the parties listed on the attached service list.

*/s/ Paul F. Novak*
Paul F. Novak

## SERVICE LIST

**Guri Ademi**
Ademi & O'Reilly
3620 E. Layton Avenue
Cudahy, WI 53110

**Shpetim Ademi**
Ademi & O'Reilly
3620 E. Layton Avenue
Cudahy, WI 53110

**Donald C Amamgbo - MDL NOT ADMITTED**
7901 Oakprot Street
Suite 4900
Oakland, CA 94621

**James W Anderson - MDL NOT ADMITTED**
Gustafson, Gluek, PLLC
608 2nd Avenue South
Suite 650
Minneapolis, MN 55402

**Arthur Bailey - MDL NOT ADMITTED**
111 West Second Street
Suite 4500
Jamestown, NY 14701

**David A Balto - MDL NOT ADMITTED**
Suite 1111
2600 Virginia Avenue, NW
Washington, DC 20037

**Barry Barnett - MDL NOT ADMITTED**
Susman, Godfrey,

901 Main Street
Suite 5100
Dallas, TX 75202-3775

**Don\* Barrett**
Barrett Law Offices
P.O. Drawer 987
Lexington, MS 39095

**Maxwell Blecher - MDL NOT ADMITTED**
Blecher & Collins
515 S Figueroa Street
17th Floor
Los Angeles, CA 90071

**Jeffrey D Bores - MDL NOT ADMITTED**
Chestnut & Cambronne
222 South 9 Street
Suite 3700
Minneapolis, MN 55402

**Mitchell L Burgess - MDL NOT ADMITTED**
Burgess and Lamb, PC
1000 Broadway
Suite 400
Kansas City, MO 64105

**Karl L Cambronne - MDL NOT ADMITTED**
Chestnut & Cambronne
222 South 9th Street
Suite 3700
Mineapolis, MN 55402

**Stephen Carlin - MDL NOT ADMITTED**
Greenberg, Traurig,
2200 Ross Ave
Suite 5200
Dallas, TX 75201

**John L Cates - MDL NOT ADMITTED**
Gingras, Cates,
8150 Excelsior Dr
PO Box 1808
Madison, WI 53701

**Austin Cohen - MDL NOT ADMITTED**
Levin, Fishbein,
510 Walnut Street
Suite 500
Philadelphia, PA 19106
**Daniel Cohen - MDL NOT ADMITTED**
Cuneo, Gilbert,
507 C Street NE
Washington, DC 20002

**Eric L Cramer - MDL NOT ADMITTED**
Berger & Montague

1622 Locust Street
Philadelphia, PA 19103


**Gene M Cullan - MDL NOT ADMITTED**
20830 North Tatum
Suite 360
Phoenix, AZ 85050

**Jonathan Cuneo - MDL NOT ADMITTED**
Cuneo, Gilbert,
507 C Street NE
Washington, DC 20002

**Joshua P Davis**
437A Valley Street
San Francisco, CA 94131

**David L DeBord - MDL NOT ADMITTED**
Jones Day - Cleveland
901 Lakeside Avenue
Cleveland, OH 44114

**Gerard A. Dever - NOT ADMITTED**
Fine, Kaplan,
1835 Market Street
28th Floor
Philadelphia, PA 19103-2929

**Larry D Drury - MDL NOT ADMITTED**
205 W Randoph Street
Suite 1430
Chicago, IL 60606

**Nadeem Faruqi**
Faruqi & Faruqi
320 E. 39th Street
New York, NY 10016

**Jeffrey P Fink - MDL NOT ADMITTED**
Robbins, Umeda,
610 West Ash Street
Suite 1800
San Diego, CA 92101

**Thomas P Glass - MDL NOT ADMITTED**
Strauss & Troy
Federal Reserve Building
4th Floor
150 East Fourth Street
Cincinnati, OH 45202-4018
**Charles P Goodwin - MDL NOT ADMITTED**
Berger & Montague
1622 Locust Street
Philadelphia, PA 19103

**Robert J Gralewski - MDL NOT ADMITTED , Jr**

Gergosian & Gralewski, LLP
544 West Broadway
Suite 1410
San Diego, CA 92101

**Roger B Greenberg - MDL NOT ADMITTED**
Schwartz, Junell, Greenberg & Oathout, LLP
909 Fannin
Suite 2700
Houston, TX 77010

**Steven J Greenfogel - MDL NOT ADMITTED**
Meredith, Cohen,
1512 Locust St
8th Floor
Philadelphia, PA 19102

**Martin E Grossman - MDL NOT ADMITTED**
2121 Green Brier Dr
Villanova, PA 19085

**Daniel E Gustafson - MDL NOT ADMITTED**
Gustafson, Gluek, PLLC
608 2nd Avenue South
Suite 650
Minneapolis, MN 55402

**Jason Hartley**
Ross, Dixon,
550 W B Street
Suite 400
San Diego, CA 92101

**Kenneth W Hartman - MDL NOT ADMITTED**
Baird, Hold
1500 Woodmen Tower
Omaha, NE 68102

**Michael D. Hausfeld**
Cohen, Milstein,
1100 New York Avenue, N.W.
Suite 500 West
Washington, DC 20005-3934

**Samuel Heins - MDL NOT ADMITTED**
Heins, Mills,
310 Clifton Ave
Minneapolis, MN 55403

**Nathaniel Hobbs - MDL NOT ADMITTED**
8401 Wayzata Blvd
Suite 300
Minneapolis, MN 55426

**Michele C Jackson - MDL NOT ADMITTED**
Lieff, Cabraser
30th Floor

275 Battery Street
San Francisco, CA 94111


**William Robert Jacobs - MDL NOT ADMITTED**
Federal Reserve Building
150 East Fourth Street
Cincinnati, OH 45202-4018

**Richard L Jasperson - MDL NOT ADMITTED**
Richard L Jasperson, PA
101 East 5th Street
Suite 2625
St Paul, MN 55101-1808

**Charles H. Johnson - NOT ADMITTED**
2599 Mississippi Street
New Brighton, MN 55112

**Laura M Kam - MDL NOT ADMITTED**
DLA Piper US LLP
2415 E Camelback Rd
Suite 700
Phoenix, AZ 85029

**Katherine Kelly - MDL NOT ADMITTED**
Heins, Mills,
310 Clifton Ave
Minneapolis, MN 55403

**Alan L Kildow - MDL NOT ADMITTED**
DLA Piper US, LLP
90 South Seventh Street
Suite 5100
Minneapolis, MN 55402

**J Jeffrey Landen - MDL NOT ADMITTED**
Graydon Head & Ritchey, LLP
2400 Chamber Center Drive
Suite 300
Fort Mitchell, KY 41017

**David A Langer -MDL NOT ADMITTED**
Berger & Montague
1622 Locust Street
Philadelphia, PA 19103

**Kelli Lerner - MDL NOT ADMITTED**
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005

**Irwin B Levin - MDL NOT ADMITTED**
Cohen & Malad
One Indiana Square
Suite 1400
Indianapolis, IN 46204

**Mel E. Lifshitz**
Bernstein, Liebhard,
10 E. 40th Street
22nd Floor
New York, NY 10016

**William H London - MDL NOT ADMITTED**
Freed, Kanner,
2201 Waukegan Rd
Suite 130
Bannockburn, IL 60015

**John M Majoras - Delete 2**
Jones Day
51 Louisiana Ave, NW
Washington, DC 75201-4629

**John Malkinson - MDL NOT ADMITTED**
Malkinson, Halpern,
223 WEst Jackson Blvd
Suite1010
Chicago, IL 60606

**Ann Mandt**
Charfoos and Christensen
5510 Woodward Avenue
Detroit, MI 48202

**David McLafferty - MDL NOT ADMITTED**
923 Fayette Street
Conshohocken, PA 19428

**H. Laddie Montague**
Berger & Montague
1622 Locust Street
Philadelphia, PA 19103-6365

**Dianne M. Nast**
Roda & Nast
801 Estelle Drive
Lancaster, PA 17601

**Stephen R Neuwirth - MDL NOT ADMITTED**
Quinn, Emanuel
51 Madison Avenue
22nd Floor
New York, NY 10010

**Terrell Oxford - MDL NOT ADMITTED**
Susman, Godfrey,
901 Main Street
Suite 5100
Dallas, TX 75202-3775

**Lee T Patajo - MDL NOT ADMITTED**
16870 West Bernardo Dr
Suite 400
San Diego, CA 92127

**Ralph K Phalen- MDL NOT ADMITTED**
Burgess and Lamb, PC
1000 Broadway
Suite 400
Kansas City, MO 64105

**Elizabeth Pritzker - MDL NOT ADMITTED**
Girard, Gibbs
601 California Street
14 Floor
San Francisco, CA 94108

**Mark Reinhardt - NOT ADMITTED**
Reinhardt, Wendorf,
E1250 First National Bldg.
332 Minnesota Street
St. Paul, MN 55101

**Ira Neil Richards - MDL NOT ADMITTED**
Trujillo, Rodriguez & Richards, LLC
1717 Arch Street
Suite 3838
Philadelphia, PA 19103

**Brian J Robbins - MDL NOT ADMITTED**
Robbins, Umeda,
610 West Ash Street
Suite 1800
San Diego, CA 92101

**Peter Safirstein**
Milberg
One Penn Plaza
Suite 4800
New York, NY 10119

**Alexander M Schack - MDL NOT ADMITTED**
16870 West Bernardo Dr
Suite 400
San Diego, CA 92127
**Richard J Schicker - MDL NOT ADMITTED**
1623 Farnam Street
Suite 550
Omaha, NE 68102

**Aaron Sheanin - MDLNOT ADMITTED**
Girard, Gibbs,
601 California Street

Suite 1400
San Francisco, CA 94108

**Charles Sweedler - MDL NOT ADMITTED**
Levin, Fishbein,
510 Walnut Street
Suite 500
Philadelphia, PA 19106

**David J Syrios - MDL NOT ADMITTED**
Ademi and O'reill, LLP
3620 E Layton Avenue
Cudahy, WI 53110

**Steven Tidrick - MDL NOT ADMITTED**
Girard, Gibbs,
601 California Street
14 Floor
San Francisco, CA 94108

**Allan Van Fleet - MDL NOT ADMITTED**
Greenberg, Traurig
1000 Louisiana Street
Suite 1800
Houston, TX 77002

**Larry Veselka - MDL NOT ADMITTED**
Smyser, Kaplan,
700 Louisiana
Suite 2300
Houston, TX 77002

**Antonio Vozzolo - MDL NOT ADMITTED**
Faruqi & Faruqi
320 East 39th Street
New York, NY 10016

**Richard Stuart Wayne - MDL NOT ADMITTED**
Strauss & Troy - 1
150 E Fourth Street
4th Floor
Cincinnati, OH 45202-4018

**Stewart Weltman - MDL NOT ADMITTED**
77 W Wacker Dr
Suite 4800
Chicago, IL 60601-1664

**Ann White - MDL NOT ADMITTED**
101 Greenwood Ave
5th floor
Jenkintown, PA 19046

**Andrew Wood - MDL NOT ADMITTED**
Wood, Wood,
US Bank Building

33 W Second St, 3rd Floor
Maysville, KY 41056


**Charles P Yezbak - MDL NOT ADMITTED**
2002 Richard Jones Road
Suite B-200
Nashville, TN 37215

**Joseph Zebas - MDL NOT ADMITTED**
PO Box 1675
Hobbs, NM 88240