**EXHIBIT A**

| | **COUNT II: BASES TO DISMISS STATE ANTITRUST CLAIMS** | | | | | |
|---|---|---|---|---|---|---|
| | **Claims Fail Under *Twombly* and *Iqbal*** | **No Named Plaintiff from State** | **No Standing under *Illinois Brick*** | **Insufficient Intrastate Conduct or Effect** | **Class Actions Not Permitted** | **Private Damages Not Recoverable** |
| Arizona | X | X | | | | |
| California | X | | | | | |
| District of Columbia | X | X | | X | | |
| Iowa | X | X | | | | |
| Kansas | X | X | | | | |
| Maine | X | X | | | | |
| Michigan | X | | | | | |
| Minnesota | X | X | | | | |
| Mississippi | X | X | | X | X | |
| Montana | X | X | X | | | |
| Nebraska | X | X | | | | |
| Nevada | X | X | | X | | |
| New Hampshire | X | X | X | | | |
| New Mexico | X | X | | | | |
| New York | X | | | X | X | |
| North Carolina | X | X | | | | |
| North Dakota | X | X | | | | |
| South Dakota | X | X | | X | | |
| Tennessee | X | X | | X | | |
| Vermont | X | X | | | | |
| West Virginia | X | X | | X | | |
| Wisconsin | X | X | | X | | |
| Wyoming | X | X | | | | X |

WEST\21830722.1

| COUNT III: BASES TO DISMISS STATE CONSUMER PROTECTION CLAIMS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **Claims Fail Under *Twombly* and *Iqbal*** | **No Named Plaintiff from State** | **No Standing under *Illinois Brick*** | **Antitrust Conduct Not Actionable** | **Class Actions Not Permitted** | **Failed to Allege Intrastate Conduct or Effect** | **Failed to Plead Unconscionable or Deceptive Conduct** | **Failed to Plead Goods Acquired for Personal, Family, or Household Purposes** |
| Arizona | X | X | | | | X | X | |
| Arkansas | X | X | | | | | | |
| California | X | | | | | X | | |
| District of Columbia | X | X | | | | | X | X |
| Florida | X | | | | | | X | |
| Idaho | X | X | X | | | X | | |
| Kansas | X | | | X | X | | X | X |
| Maine | X | X | | | | | X | X |
| Michigan | X | | | | | | X | |
| Montana | X | X | | | X | | X | X |
| Nebraska | X | X | | | | X | X | |
| New Hampshire | X | X | | | | X | | |
| New Jersey | X | X | X | | | | X | |
| New Mexico | X | X | | | | X | X | |
| New York | X | | | | X | X | | |
| North Carolina | X | X | | | | X | X | |
| North Dakota | X | X | | | | | X | |
| Pennsylvania | X | X | | X | | | X | X |
| Rhode Island | X | X | X | X | | | | X |
| South Dakota | X | X | | | | | X | X |
| Utah | X | X | | X | X | | X | X |
| Vermont | X | X | | | | | X | |
| West Virginia | X | X | | | | | | X |

| COUNT IV: BASES TO DISMISS STATE UNJUST ENRICHMENT CLAIMS | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Claims Fail Under *Twombly*** | **No Plaintiff Resides in State** | **No Standing under *Illinois Brick*** | **No Unjust Enrichment Cause of Action** | **Antitrust Conduct Not Actionable** | **Failure to Allege Direct Benefit Conferred** | **Failure to Meet Special Pleading Requirements** |
| Arizona | X | X | | | | | |
| Arkansas | X | X | | | | | |
| California | X | | | X | | | |
| District of Columbia | X | X | | | | | |
| Florida | X | | X | | | X | X |
| Idaho | X | X | X | | | X | |
| Iowa | X | X | | | | | |
| Kansas | X | X | | | | | |
| Maine | X | X | | | | X | |
| Michigan | X | | | | | X | |
| Minnesota | X | X | | | | | |
| Mississippi | X | X | | X | | | |
| Montana | X | X | X | | | | |
| Nebraska | X | X | | | | | |
| Nevada | X | X | | | | | |
| New Hampshire | X | X | X | | | | |
| New Jersey | X | X | X | | | | |
| New Mexico | X | X | | | | | |
| New York | X | X | | | | X | |
| North Carolina | X | | | | | X | |
| North Dakota | X | X | | | | X | |
| Pennsylvania | X | X | | | X | | |
| Rhode Island | X | X | X | | | | |
| South Dakota | X | X | | | | | |
| Tennessee | X | X | | | | | X |
| Utah | X | X | | | | | |
| Vermont | X | X | | | | | |

-3-

-4-

| COUNT IV: BASES TO DISMISS STATE UNJUST ENRICHMENT CLAIMS ||||||||
|---|---|---|---|---|---|---|---|
| West Virginia | X | X | | | | | |
| Wisconsin | X | X | | | | | |
| Wyoming | X | X | | | | | |