UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE PACKAGED ICE ANTITRUST LITIGATION | Case Number: 08-MD-01952<br>Judge Hon. Paul D. Borman<br>Magistrate Judge: Hon. Steven D. Pepe |
| THIS DOCUMENT RELATES TO:<br>DIRECT PURCHASER ACTIONS | |

**JOINT MOTION BY THE REDDY ICE AND THE ARCTIC GLACIER DEFENDANTS TO STAY CONSIDERATION OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH THE HOME CITY ICE COMPANY**

Reddy Ice Holdings, Inc., Reddy Ice Corporation, Arctic Glacier Income Fund, Arctic Glacier, Inc., and Arctic Glacier International, Inc. (collectively the "Non-Settling Defendants") hereby move to stay consideration of and respond to the Direct Purchaser Plaintiffs' Motion for Preliminary Approval of Proposed Settlement With The Home City Ice Company and for Authorization to Disseminate Notice. In support of their Joint Motion, the Non-Settling Defendants state as follows:

1. Before this Court may consider certifying any settlement class, the Direct Purchaser Plaintiffs must carry the burden of demonstrating that their proposed class meets the requirements of Fed.R.Civ.P. 23. Because there exist significant questions whether the Direct Purchaser Plaintiffs ultimately will be able to meet this burden, the question of what settlement class, if any, may be certified should be answered only after the development of a proper record

and appropriate briefing, in the event that the Direct Purchasers claims survive the pending Motions to Dismiss.

2. Proceeding with the process for preliminary approval of the Home City settlement at this time would be inefficient and confusing, necessitating multiple class notices to potentially differing classes, and it could have unintended effects in the remainder of the litigation. Moreover, no prejudice will result from the Court making its settlement determination after the parties have had the opportunity to properly brief any remaining certification issues.

3. In compliance with E.D. Mich. L.R. 7.1(a), counsel for the Reddy Ice Defendants attempted to obtain the Direct Purchaser Plaintiffs counsel's consent to the relief sought herein by a telephone call to Direct Purchasers' counsel. Such consent was not obtained.

WHEREFORE, for all of the reasons set forth in this Motion and the accompanying Brief which is incorporated herein, the Non-Settling Defendants respectfully request that this Court stay consideration of preliminary approval of the Direct Purchasers' settlement with The Home City Ice Company until after the development of a proper record and appropriate briefing.

Dated: November 30, 2009                    Respectfully submitted,

s/ Paula W. Render
Paula W. Render (prender@jonesday.com)
Melissa B. Hirst (mbhirst@jonesday.com)
JONES DAY
77 West Wacker Drive
Suite 3500
Chicago, Illinois 60601
Tel (312) 782-3939

John M. Majoras (jmajoras@jonesday.com)
JONES DAY
51 Louisiana Avenue
Washington, D.C. 20001
Tel (202) 879-7652

Eric P. Enson (epenson@jonesday.com)
JONES DAY
555 South Flower St.
Los Angeles, California
Tel (213) 489-3939

*Local Counsel*
Howard B. Iwrey (P39635)
hiwrey@dykema.com
Lisa A. Brown (P67208)
lbrown@dykema.com

DYKEMA
39577 Woodward Avenue
Suite 300
Bloomfield Hills, Michigan 48304
Tel (248) 203-0526

Attorneys for Defendants Arctic Glacier Income Fund, Arctic Glacier, Inc., and Arctic Glacier International, Inc.

/s/ David H. Bamberger
David H. Bamberger
DLA Piper LLP (US)
500 8th Street, N.W.
Washington, D.C. 20004
Tel (202) 799-4000
david.bamberger@dlapiper.com

James R. Nelson
DLA Piper LLP (US)
1717 Main Street
Suite 4600
Dallas, Texas 75201-4629
Tel (214) 743-4500
Jr.Nelson@dlapiper.com

HONIGMAN MILLER SCHWARTZ
AND COHN LLP

David A. Ettinger (P26537)
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226
Tel (313) 465-7368
dettinger@honigman.com

Attorneys for Defendants Reddy Ice Holdings, Inc. and Reddy Ice Corporation

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2009, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF users, and I hereby certify that I have mailed by United Stated Postal Service the Foregoing Joint Motion by The Reddy Ice and The Arctic Glacier Defendants to Stay Consideration of Direct Purchaser Plaintiffs' Motion for Preliminary Approval of Settlement With The Home City Ice Company and Brief in Support thereof, to the following non-ECF participants:

Guri Ademi
Ademi & O'Reilly
3620 E. Layton Avenue
Cudahy, WI 53110

Shpetim Ademi
Ademi & O'Reilly
3620 E. Layton Avenue
Cudahy, WI 53110

Donald C Amamgbo
7901 Oakprot Street
Suite 4900
Oakland, CA 94621

James W Anderson
Gustafson, Gluek, PLLC
608 2nd Avenue South
Suite 650
Minneapolis, MN 55402

Arthur Bailey
111 West Second Street
Suite 4500
Jamestown, NY 14701

David A Balto
Suite 1111
2600 Virginia Avenue, NW
Washington, DC 20037

Barry Barnett
Susman, Godfrey,
901 Main Street
Suite 5100
Dallas, TX 75202-3775

Don Barrett
Barrett Law Offices
P.O. Drawer 987
Lexington, MS 39095

Maxwell Blecher
Blecher & Collins
515 S Figueroa Street
17th Floor
Los Angeles, CA 90071

Jeffrey D Bores
Chestnut & Cambronne
222 South 9 Street
Suite 3700
Minneapolis, MN 55402

Mitchell L Burgess
Burgess and Lamb, PC
1000 Broadway
Suite 400
Kansas City, MO 64105

Karl L Cambronne
Chestnut & Cambronne
222 South 9th Street
Suite 3700
Minneapolis, MN 55402

Stephen Carlin
Greenberg, Traurig,
2200 Ross Ave
Suite 5200

2

Dallas, TX 75201

John L Cates
Gingras, Cates,
8150 Excelsior Dr
PO Box 1808
Madison, WI 53701

Austin Cohen
Levin, Fishbein,
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Eric L Cramer
Berger & Montague
1622 Locust Street
Philadelphia, PA 19103

Gene M Cullan
20830 North Tatum
Suite 360
Phoenix, AZ 85050

Jonathan Cuneo
Cuneo, Gilbert,
507 C Street NE
Washington, DC 20002

Joshua P Davis
437A Valley Street
San Francisco, CA 94131

David L DeBord
Jones Day - Cleveland
901 Lakeside Avenue
Cleveland, OH 44114

Gerard A. Dever
Fine, Kaplan,
1835 Market Street
28th Floor
Philadelphia, PA 19103-2929

3

Larry D Drury
205 W Randoph Street
Suite 1430
Chicago, IL 60606

Nadeem Faruqi
Faruqi & Faruqi
320 E. 39th Street
New York, NY 10016

Jeffrey P Fink
Robbins, Umeda,
610 West Ash Street
Suite 1800
San Diego, CA 92101

Thomas P Glass
Strauss & Troy
Federal Reserve Building
4th Floor
150 East Fourth Street
Cincinnati, OH 45202-4018

Charles P Goodwin
Berger & Montague
1622 Locust Street
Philadelphia, PA 19103

Robert J Gralewski, Jr.
Gergosian & Gralewski, LLP
544 West Broadway
Suite 1410
San Diego, CA 92101

Roger B Greenberg
Schwartz, Junell, Greenberg & Oathout, LLP
909 Fannin
Suite 2700
Houston, TX 77010

Steven J Greenfogel
Meredith, Cohen,
1512 Locust St
8th Floor
Philadelphia, PA 19102

Martin E Grossman
2121 Green Brier Dr
Villanova, PA 19085

Jason Hartley
Ross, Dixon,
550 W B Street
Suite 400
San Diego, CA 92101

Kenneth W Hartman
Baird, Hold
1500 Woodmen Tower
Omaha, NE 68102

Michael D. Hausfeld
Cohen, Milstein,
1100 New York Avenue, N.W.
Suite 500 West
Washington, DC 20005-3934

Samuel Heins
Heins, Mills,
310 Clifton Ave
Minneapolis, MN 55403

Nathaniel Hobbs
8401 Wayzata Blvd
Suite 300
Minneapolis, MN 55426

5

Michele C Jackson
Lieff, Cabraser
30th Floor
275 Battery Street
San Francisco, CA 94111

William Robert Jacobs
Federal Reserve Building
150 East Fourth Street
Cincinnati, OH 45202-4018

Richard L Jasperson
Richard L Jasperson, PA
101 East 5th Street
Suite 2625
St Paul, MN 55101-1808

Charles H. Johnson
2599 Mississippi Street
New Brighton, MN 55112

Laura M Kam
DLA Piper LLP (US)
2415 E Camelback Rd
Suite 700
Phoenix, AZ 85029

Katherine Kelly
Heins, Mills,
310 Clifton Ave
Minneapolis, MN 55403

Alan L Kildow
DLA Piper LLP (US)
90 South Seventh Street
Suite 5100
Minneapolis, MN 55402

David A Langer
Berger & Montague
1622 Locust Street
Philadelphia, PA 19103

6

Kelli Lerner
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005

Irwin B Levin
Cohen & Malad
One Indiana Square
Suite 1400
Indianapolis, IN 46204

Mel E. Lifshitz
Bernstein, Liebhard,
10 E. 40th Street
22nd Floor
New York, NY 10016

William H London
Freed, Kanner,
2201 Waukegan Rd
Suite 130
Bannockburn, IL 60015

John M Majoras
Jones Day
51 Louisiana Ave, NW
Washington, DC 75201-4629

Ann Mandt
Charfoos and Christensen
5510 Woodward Avenue
Detroit, MI 48202

David McLafferty
923 Fayette Street
Conshohocken, PA 19428

Stephen R Neuwirth
Quinn, Emanuel
51 Madison Avenue
22nd Floor
New York, NY 10010

7

Terrell Oxford
Susman, Godfrey,
901 Main Street
Suite 5100
Dallas, TX 75202-3775

Lee T Patajo
16870 West Bernardo Dr
Suite 400
San Diego, CA 92127

Ralph K Phalen
Burgess and Lamb, PC
1000 Broadway
Suite 400
Kansas City, MO 64105

Elizabeth Pritzker
Girard, Gibbs
601 California Street
14 Floor
San Francisco, CA 94108

Mark Reinhardt
Reinhardt, Wendorf,
E1250 First National Bldg.
332 Minnesota Street
St. Paul, MN 55101

Ira Neil Richards
Trujillo, Rodriguez & Richards, LLC
1717 Arch Street
Suite 3838
Philadelphia, PA 19103

Brian J Robbins
Robbins, Umeda,
610 West Ash Street
Suite 1800
San Diego, CA 92101

8

Peter Safirstein
Milberg
One Penn Plaza
Suite 4800
New York, NY 10119

Alexander M Schack
16870 West Bernardo Dr
Suite 400
San Diego, CA 92127

Richard J Schicker
1623 Farnam Street
Suite 550
Omaha, NE 68102

Aaron Sheanin
Girard, Gibbs,
601 California Street
Suite 1400
San Francisco, CA 94108

Charles Sweedler
Levin, Fishbein,
510 Walnut Street
Suite 500
Philadelphia, PA 19106

David J Syrios
Ademi and O'Reill, LLP
3620 E Layton Avenue
Cudahy, WI 53110

Steven Tidrick
Girard, Gibbs,
601 California Street
14 Floor
San Francisco, CA 94108

Larry Veselka
Smyser, Kaplan,
700 Louisiana
Suite 2300
Houston, TX 77002

9

Antonio Vozzolo
Faruqi & Faruqi
320 East 39th Street
New York, NY 10016

Richard Stuart Wayne
Strauss & Troy - 1
150 E Fourth Street
4th Floor
Cincinnati, OH 45202-4018

Stewart Weltman
77 W Wacker Dr
Suite 4800
Chicago, IL 60601-1664

Ann White
101 Greenwood Ave
5th floor
Jenkintown, PA 19046

Andrew Wood
Wood, Wood,
US Bank Building
33 W Second St, 3rd Floor
Maysville, KY 41056

Charles P Yezbak
2002 Richard Jones Road
Suite B-200
Nashville, TN 37215

Joseph Zebas
PO Box 1675
Hobbs, NM 88240

/s/ David H. Bamberger
David H. Bamberger

EAST\42622509.1
365251-000005