# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE: PACKAGED ICE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Marchbanks Travel Service, Inc. v. Reddy Ice Holdings, Inc.<br>Case No. 2:08-cv-12657-PDB | No. 08-md-01952<br><br>Honorable Paul D. Borman |

### ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

This Court having fully considered Christopher E. Coleman's *Motion For Leave To Withdraw As Counsel*, the motion is **GRANTED**.

**IT IS SO ORDERED** this  1st   day of   February           , 2010.

                                                       S/Paul D. Borman
                                                       PAUL D. BORMAN
                                                       UNITED STATES DISTRICT JUDGE

Dated: February 1, 2010

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on February 1, 2010.

                                                       S/Denise Goodine
                                                     Case Manager

Submitted for Entry:


By: /s/ Christopher E. Coleman

Christopher E. Coleman
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
150 Fourth Avenue North
One Nashville Place, Suite 1650
Nashville, Tennessee  37219
Telephone:  (615) 313-9000
Facsimile:  (615) 313-9965