# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE PACKAGED ICE ANTITRUST LITIGATION | Case Number: 2:08-md-1952-PDB |
| | Honorable Paul D. Borman |
| THIS DOCUMENT RELATES TO: ALL DIRECT PURCHASER ACTIONS | |

## [PROPOSED] CASE MANAGEMENT ORDER NO. 2

1. All parties are relieved of their obligations under Rule 26(a) for Initial Disclosures in light of the schedule set forth herein.

2. The parties may proceed with discovery by way of Requests for Production pursuant to Rule 34 of the Federal Rules of Civil Procedure and Document Subpoenas pursuant to Rule 45 of the Federal Rules of Civil Procedure on all issues.

3. The parties may serve Requests for Admission and Interrogatories on issues relating to market and industry structure and other issues relevant to class certification. The service of Requests for Admission and Interrogatories on all other issues shall be stayed pending further order of the Court after the Court rules on class certification.

4. Within 30 days of service of requests for production, the parties shall meet and confer to discuss and attempt to agree regarding procedures relating to the disclosure, discovery and production of electronically stored information.

5. Deposition discovery of (i) Keith Corbin, (ii) 30(b)(6) document custodians and information technology personnel, (iii) named plaintiffs; and (iv) 30(b)(6) witnesses from each Defendant provided in response to a single 30(b)(6) notice to each Defendant containing all topics regarding market and industry structure issues relevant to the Court's consideration of

68509_2

class certification may commence immediately. To the extent not already done, the parties shall serve deposition notices regarding these depositions in accordance with the Federal Rules of Civil Procedure. All other deposition discovery shall be stayed pending further order of the Court or until the Court rules on class certification.

6. Within 90 days of the date of this order, the parties shall meet and confer regarding the remainder of the schedule for class certification proceedings, including submission of expert reports and depositions of experts and class certification briefing, and shall submit a joint proposal in regard to such schedule for consideration by the Court.

7. All discovery requests and notices served on any counsel of record in this matter shall also be served on:

>Keith C. Culum
>United States Department of Justice, Antitrust Division
>Carl B. Stokes United States Court House
>801 W. Superior Ave., 14th Floor
>Cleveland, Ohio 44113-1857

IT IS SO ORDERED.

_____
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

DATED: November 8, 2010