IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE PACKAGED ICE ANTITRUST LITIGATION | Case No. 08-MD-01952 |
| This document relates to: | Honorable Paul D. Borman |
| ALL ACTIONS | Magistrate Judge Steven Whalen |

## APPEARANCE OF ROBERT S. WALKER

The undersigned attorney, who is admitted to practice in this Court, hereby notifies the Court and counsel that he shall appear as a counsel of record for Defendants Arctic Glacier Income Fund, Arctic Glacier Inc., and Arctic Glacier International Inc. in the above-captioned suit.

Dated: January 24, 2011

Respectfully submitted,

s/ Robert S. Walker
Robert S. Walker (rswalker@jonesday.com)
JONES DAY
North Point, 901 Lakeside Ave.
Cleveland, OH  44114-1190
(216) 586-3939

Paula W. Render (prender@jonesday.com)
Melissa B. Hirst (mbhirst@jonesday.com)
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL 60601
(312) 782-3939

John M. Majoras (jmajoras@jonesday.com)
JONES DAY
51 Louisiana Avenue
Washington, D.C. 20001
(202) 879-7652

Eric P. Enson (epenson@jonesday.com)
JONES DAY
555 South Flower St.
Los Angeles, CA
(213) 489-3939

Howard B. Iwrey (P39635)
hiwrey@dykema.com
Lisa A. Brown (P67208)
lbrown@dykema.com
DYKEMA
39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan  48304
(248) 203-0526

Attorneys for Defendants Arctic Glacier
Income Fund, Arctic Glacier Inc., and Arctic
Glacier International Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2011, I electronically filed the attached **Appearance of Robert S. Walker** on behalf of Defendants Arctic Glacier Income Fund, Arctic Glacier Inc., and Arctic Glacier International Inc. using the ECF system, which will send notification of such filing to all counsel of record.

                                              s/ Robert S. Walker
                                              *Counsel for Defendants*

CHI-1789623v1