UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE PACKAGED ICE ANTITRUST LITIGATION | Case No. 08-MD-01952 |
| | Paul D. Borman<br>United States District Judge |
| INDIRECT PURCHASER ACTION | |
| | R. Steven Whalen<br>United States Magistrate Judge |
| _____ | |
| WAYNE STANFORD,<br>       Plaintiff, | Case No. 10-11689 |
| | Paul D. Borman<br>United States District Judge |
| v. | |
| | R. Steven Whalen<br>United States Magistrate Judge |
| KEITH CORBIN, et al., | |
|       Defendants.<br>_____/ | |

## ORDER REGARDING FEBRUARY 2, 2011 HEARING ON THE PROPRIETY OF REPRESENTATION OF MULTIPLE DEFENDANTS BY ONE SET OF ATTORNEYS FROM JONES DAY AND DYKEMA

The Court has scheduled a hearing on February 2, 2011 at 10:30 a.m. regarding the propriety of representation of multiple Defendants by one set of attorneys from Jones Day and Dykema. The Court will conduct the questioning of the individual Defendants. If the parties have questions they want the Court to consider asking the individual Defendants at the hearing, such questions should be presented to the Court in writing before 9:00 a.m. on the morning of the hearing.

IT IS SO ORDERED.           S/Paul D. Borman
                            PAUL D. BORMAN
                            UNITED STATES DISTRICT JUDGE

Dated: January 31, 2011

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 31, 2011.

                                              S/Denise Goodine  
                                              Case Manager