UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Marin Scotty's Market,
Incorporated, et al.,

              Plaintiff(s),

v.                                      Case No. 2:08−md−01952−PDB−RSW
                                        Hon. Paul D Borman

Arctic Glacier, Incorporated, et
al.,

              Defendant(s).

**NOTICE TO APPEAR**

    You are hereby notified to appear before the Honorable Paul D Borman, Theodore Levin U.S. Courthouse, 231 West Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- MISCELLANEOUS HEARING:  February 3, 2011 at 11:30 AM

**Certification**

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

                                                        By: s/ D. Goodine
                                                              Case Manager

Dated:  February 1, 2011