UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Marin Scotty's Market,
Incorporated, et al.,

       Plaintiff(s),

v.                Case No. 2:08−md−01952−PDB−RSW
                Hon. Paul D Borman
Arctic Glacier, Incorporated, et
al.,

       Defendant(s).

---

**NOTICE OF FILING OF OFFICIAL TRANSCRIPT**

 Notice is hereby given that an official transcript of a proceeding has been filed by the court reporter/transcriber in the above−captioned matter. The parties have twenty−one (21) calendar days from the filing of the transcript to file with the court and court reporter/transcriber a Redaction Request of this transcript. If no such request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.

 Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter/transcriber or view the document at the Clerk's Office public terminal.

             s/ L. Lizza


**Certification**

 I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

             s/ L. Lizza

Dated:   February 7, 2011