UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE PACKAGED ICE ANTITRUST
LITIGATION                                                    Case No. 08-md-01952

                                                Paul D. Borman
                                                United States District Judge

INDIRECT PURCHASER ACTION

                                                R. Steven Whalen
                                                United States Magistrate Judge

_____

NOTICE OF HEARING

     IT IS ORDERED that Reddy Ice Holdings, Inc. and Reddy Ice Corporation's Motion to Dismiss the Indirect Purchaser Plaintiffs' Consolidated Amended Complaint (Dkt. No. 207) and the Joint Motion of Home City and Arctic Glacier to Dismiss the Indirect Purchaser's Amended Class Action Complaint (Dkt. No. 208) will come before the Court for hearing on Tuesday March 8, 2011 at 3:30 p.m.

     IT IS FURTHER ORDERED that the parties may submit to the Court, on or before February 18, 2011, an updated list of controlling or most appropriate authority, providing case citations with an explanatory parenthetical only - NO ADDITIONAL BRIEFING IS PERMITTED. Citations should be only to authority that post-dates the filing of the parties' original briefs.

                                                s/Paul D. Borman
                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

Dated:  February 11, 2011

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on February 11, 2011.

                                              s/Denise Goodine  
                                              Case Manager