UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE PACKAGED ICE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: INDIRECT PURCHASER ACTIONS | Case Number: 2:08-MD-01952-PDB<br>Judge: Hon. Paul D. Borman<br>Magistrate Judge: Hon. R. Steven Whalen |

**DEFENDANTS REDDY ICE HOLDINGS, INC. AND REDDY ICE CORPORATION'S UPDATED LIST OF CONTROLLING AND MOST APPROPRIATE AUTHORITIES IN SUPPORT OF THEIR MOTION TO DISMISS**

Pursuant to the Court's Order, dated February 11, 2011, Defendants Reddy Ice Holdings, Inc. and Reddy Ice Corporation (collectively, "Reddy Ice") submit the following Updated List of Controlling and Most Appropriate Authorities in Support of Reddy Ice's Motion to Dismiss. In accordance with the Court's Order, new authorities include an explanatory parenthetical. In addition, the citations to any new authorities identified herein appear in bold font.

*Ashcroft v. Iqbal*, 129 S.Ct. 1937 (2009).

***Bearden v. Honeywell Int'l, Inc.*, No. 3:09-1035, 2010 WL 3239285, at \*10 (M.D. Tenn. Aug. 16, 2010)** (provisions of the Tennessee Consumer Protection Act that prohibit class actions by private citizens define the scope of the substantive rights available under the Act, and are therefore not preempted by Rule 23).

*Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007).

*Illinois Brick Co. v. Illinois*, 431 U.S. 720 (1997).

***In re Aftermarket Filters Antitrust Litig.*, No. 08C4883, 2010 WL 1416259, at \*2-3 (N.D. Ill. April 1, 2010)** (dismissing indirect purchasers' claims for unjust enrichment under the laws of Kansas, Maine, Michigan, North Carolina, Utah and Wyoming).

*In re Checking Account Overdraft Litig*., **694 F. Supp. 2d 1302, 1324-25 (S.D. Fla. 2010)** (Article III standing of each named plaintiff must be resolved before class certification, and named plaintiffs had standing to assert statutory claims only under the laws of the states where a named plaintiff resided).

*In re Flash Memory (Flash Memory) Antitrust Litig.*, No. C 07-0086, 2009 WL 1096602 (N.D. Cal. Mar. 31, 2009).

*In re Graphics Processing Units (GPU) Antitrust Litig.*, 527 F. Supp. 2d 1011 (N.D. Cal. 2007).

*In re New Motor Vehicles Can. Exp. (NMV) Antitrust Litig*., 350 F. Supp. 2d 160 (D. Me. 2004).

*In re Static Random Access (SRAM) Antitrust Litig.*, 580 F. Supp. 2d 896 (N.D. Cal. 2008).

*In re Static Random Access Memory (SRAM) Antitrust Litig.*, **No. 07-md-01819, 2010 WL 5094289, at \*4, 6-10 (N.D. Cal. Dec. 8, 2010)** (indirect purchaser plaintiffs: (1) could not maintain claims under the Montana antitrust statute or claims for unjust enrichment under the laws of Montana, Kansas, New York, and Pennsylvania; and (2) failed to maintain viable claims under consumer protection laws of Arkansas, Kansas, Maine, New York, and Rhode Island).

*In re TFT-LCD (Flat Panel) Antitrust Litig.*, 599 F. Supp. 2d 1179 (N.D. Cal. 2009).

*In re TFT-LCD (Flat Panel) Antitrust Litig*., **MDL No. 1827, 2010 WL 2629728, at \*4, 7 (N.D. Cal. Jun 28, 2010)** (dismissing claims asserted under California law where plaintiffs failed to allege that they purchased goods in California and dismissing, under *Twombly*, claims against one defendant where complaint failed to specify the manner in which that defendant participated in the price fixing conspiracy that was the subject of guilty pleas by other defendants).

*In re Travel Agent Comm'n Antitrust Litig.*, No. 07-4464, 2009 WL 3151315 (6th Cir. Oct. 2, 2009).

*In re Wellbutrin XL Antitrust Litig*., **No. 08-2433,  2010 WL 5186052, at \*6, 9 (E.D. Pa. Dec. 22, 2010)** (provisions of the Illinois antitrust act that prohibit class actions by private citizens are substantive and are therefore not preempted by Rule 23, whereas New York rule that prohibits certain class actions is procedural and is therefore preempted by Rule 23).

*McKinney v. Bayer Corp,*. **No. 10-cv-224, 2010 WL 3834327, at \*11-12 (N.D. Ohio Sept. 30, 2010)** (provisions of the Ohio Deceptive Trade Practices Act limiting class actions are substantive and are therefore not preempted by Rule 23).

*Mitchell v. Walters*, No. 10-1061, 2010 WL 3614210, at *7 (D.N.J. Sept. 8, 2010) (Claims asserted under the New Jersey Consumer Fraud Act must be pled with particularity under Rule 9(b)).

*Pennsylvania Employee Benefit Trust Fund v. Zeneca, Inc*., 710 F. Supp. 2d 458, 472, 474, 482, 483 (D. Del. 2010) (New York consumer protection statute requires consumers to allege that they were aware of a deceptive act; Michigan Consumer Protection Act requires allegations that goods were acquired for personal, family our household purposes; and misrepresentation and justifiable reliance must be pled with particularity in accordance with Rule 9(b) under Pennsylvania Unfair Trade Practices Act).

*ReVest, LLC v. Long*, Adv. No. 09-5303, 2010 WL 2178547, at *2 n.9 (Bankr. D. Kan. May 26, 2010) (Claims brought under the Kansas Consumer Protection Act must be pled with particularity under Rule 9(b)).

*Sanford v. Nat'l Assoc. for the Self-Employed, Inc*., 264 F.R.D. 11, 16 (D. Mn. 2010) (Maine Unfair Trade Practices Act requires a deceptive or misleading act, and proof of purchase primarily for household or family purposes).

*Selfhelpworks.com v. 1021018 Alberta, Ltd.*, No. 10-cv-0172, 2010 WL 5396042, at *5 (S.D. Cal. Dec. 23, 2010) (Unjust enrichment is not a separate cause of action under California law).

*Shady Grove Orthopedic Assoc. v. Allstate Ins. Co.*, 130 S.Ct. 1431, 1438, 1448 (2010) (FED. R. CIV. P. 23 creates a categorical rule that entitles a plaintiff whose suit meets the specified criteria to pursue the claim as a class action, but, under Justice Stevens' narrow approach in concurrence, Rule 23 does not displace any state law so intertwined with a state right or remedy that it functions to define the scope of a state-created right).

*Smith v. Lawyer's Title Ins. Corp.*, Civil Case No. 07-12124, 2009 WL 514210 (E.D. Mich. March 2, 2009).

*Superior Offshore Int'l, Inc. v. Bristow Group, Inc*., No. 1:09-cv-00438, 2010 WL 3699923, at *8-9 (D. Del. Sept. 14, 2010) (allegations of parallel price increases, even when coupled with certain statements from an unidentified person in a news report were insufficient to state a claim under *Twombly*).

*Winer Family Trust v. Queen*, 503 F.3d 319 (3d Cir. 2007).

Dated: February 18, 2011

By: /s/ James R. Nelson

| | |
|---|---|
| DLA PIPER LLP (US) | DLA PIPER LLP (US) |
|    James R. Nelson |    Jarod M. Bona |
|    1717 Main Street, Suite 4600 |    90 S. Seventh Street, Suite 5100 |
|    Dallas, TX 75201-4629 |    Minneapolis, MN 55402 |
|    Tel: (214) 743-4500 |    Tel: (612) 524-3000 |
|    Fax: (214) 743-4545 |    Fax: (612) 524.3001 |
|    David H. Bamberger |    Eliot T. Burriss |
|    500 8th Street, N.W. |    1717 Main Street, Suite 4600 |
|    Washington, D.C. 20004 |    Dallas, TX 75201-4629 |
|    Tel: (202) 799-4500 |    Tel: (214) 743-4500 |
|    Fax: (202) 799-5500 |    Fax: (214) 743-4545 |

HONIGMAN MILLER SCHWARTZ AND COHN, LLP
   David A. Ettinger
   2290 First National Building
   660 Woodward Avenue, Suite 2290
   Detroit, MI 48226-3583
   Tel: (313) 465-7542
   Fax: (313) 465-7543
   Fax: (202) 799-5500

*Attorneys for Defendant Reddy Ice Holdings, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2011, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF users, and I hereby certify that I have mailed by United Stated Postal Service the foregoing to the following non-ECF participants:

Guri Ademi
Ademi & O'Reilly
3620 E. Layton Avenue
Cudahy, WI 53110

Shpetim Ademi
Ademi & O'Reilly
3620 E. Layton Avenue
Cudahy, WI 53110

Donald C Amamgbo
7901 Oakprot Street
Suite 4900
Oakland, CA 94621

James W Anderson
Gustafson, Gluek, PLLC
608 2nd Avenue South
Suite 650
Minneapolis, MN 55402

Arthur Bailey
111 West Second Street
Suite 4500
Jamestown, NY 14701

David A Balto
Suite 1111
2600 Virginia Avenue, NW
Washington, DC 20037

Barry Barnett
Susman, Godfrey,
901 Main Street
Suite 5100
Dallas, TX 75202-3775

Don Barrett
Barrett Law Offices
P.O. Drawer 987
Lexington, MS 39095

Maxwell Blecher
Blecher & Collins
515 S Figueroa Street
17th Floor
Los Angeles, CA 90071

Jeffrey D Bores
Chestnut & Cambronne
222 South 9 Street
Suite 3700
Minneapolis, MN 55402

Mitchell L Burgess
Burgess and Lamb, PC
1000 Broadway
Suite 400
Kansas City, MO 64105

Karl L Cambronne
Chestnut & Cambronne
222 South 9th Street
Suite 3700
Mineapolis, MN 55402

Stephen Carlin
Greenberg, Traurig,
2200 Ross Ave
Suite 5200
Dallas, TX 75201

John L Cates
Gingras, Cates,
8150 Excelsior Dr
PO Box 1808
Madison, WI 53701

Austin Cohen
Levin, Fishbein,
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Eric L Cramer
Berger & Montague
1622 Locust Street
Philadelphia, PA 19103

Gene M Cullan
20830 North Tatum
Suite 360
Phoenix, AZ 85050

Jonathan Cuneo
Cuneo, Gilbert,
507 C Street NE
Washington, DC 20002

Joshua P Davis
437A Valley Street
San Francisco, CA 94131

David L DeBord
Jones Day - Cleveland
901 Lakeside Avenue
Cleveland, OH 44114

Gerard A. Dever
Fine, Kaplan,
1835 Market Street
28th Floor
Philadelphia, PA 19103-2929

Larry D Drury
205 W Randoph Street
Suite 1430
Chicago, IL 60606

Nadeem Faruqi
Faruqi & Faruqi
320 E. 39th Street
New York, NY 10016

Jeffrey P Fink
Robbins, Umeda,
610 West Ash Street
Suite 1800
San Diego, CA 92101

Thomas P Glass
Strauss & Troy
Federal Reserve Building
4th Floor
150 East Fourth Street
Cincinnati, OH 45202-4018

Charles P Goodwin
Berger & Montague
1622 Locust Street
Philadelphia, PA 19103

Robert J Gralewski, Jr
Gergosian & Gralewski, LLP
544 West Broadway
Suite 1410
San Diego, CA 92101

Roger B Greenberg
Schwartz, Junell, Greenberg & Oathout, LLP
909 Fannin
Suite 2700
Houston, TX 77010

Steven J Greenfogel
Meredith, Cohen,
1512 Locust St
8th Floor
Philadelphia, PA 19102

Martin E Grossman
2121 Green Brier Dr
Villanova, PA 19085

Jason Hartley
Ross, Dixon,
550 W B Street
Suite 400
San Diego, CA 92101

Kenneth W Hartman
Baird, Hold
1500 Woodmen Tower
Omaha, NE 68102

Michael D. Hausfeld
Cohen, Milstein,
1100 New York Avenue, N.W.
Suite 500 West
Washington, DC 20005-3934

Samuel Heins
Heins, Mills,
310 Clifton Ave
Minneapolis, MN 55403

Nathaniel Hobbs
8401 Wayzata Blvd
Suite 300
Minneapolis, MN 55426

Michele C Jackson
Lieff, Cabraser
30th Floor
275 Battery Street
San Francisco, CA 94111

William Robert Jacobs
Federal Reserve Building
150 East Fourth Street
Cincinnati, OH 45202-4018

Richard L Jasperson
Richard L Jasperson, PA
101 East 5th Street
Suite 2625
St Paul, MN 55101-1808

Charles H. Johnson
2599 Mississippi Street
New Brighton, MN 55112

Laura M Kam
DLA Piper US LLP
2415 E Camelback Rd
Suite 700
Phoenix, AZ 85029

Katherine Kelly
Heins, Mills,
310 Clifton Ave
Minneapolis, MN 55403

Alan L Kildow
DLA Piper US, LLP
90 South Seventh Street
Suite 5100
Minneapolis, MN 55402

David A Langer
Berger & Montague
1622 Locust Street
Philadelphia, PA 19103

Kelli Lerner
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005

Irwin B Levin
Cohen & Malad
One Indiana Square
Suite 1400
Indianapolis, IN 46204

Mel E. Lifshitz
Bernstein, Liebhard,
10 E. 40th Street
22nd Floor
New York, NY 10016

William H London
Freed, Kanner,
2201 Waukegan Rd
Suite 130
Bannockburn, IL 60015

John M Majoras
Jones Day
51 Louisiana Ave, NW
Washington, DC 75201-4629

Ann Mandt
Charfoos and Christensen
5510 Woodward Avenue
Detroit, MI 48202

David McLafferty
923 Fayette Street
Conshohocken, PA 19428

Stephen R Neuwirth
Quinn, Emanuel
51 Madison Avenue
22nd Floor
New York, NY 10010

Terrell Oxford
Susman, Godfrey,
901 Main Street
Suite 5100
Dallas, TX 75202-3775

Lee T Patajo
16870 West Bernardo Dr
Suite 400
San Diego, CA 92127

Ralph K Phalen
Burgess and Lamb, PC
1000 Broadway
Suite 400
Kansas City, MO 64105

Elizabeth Pritzker
Girard, Gibbs
601 California Street
14 Floor
San Francisco, CA 94108

Mark Reinhardt
Reinhardt, Wendorf,
E1250 First National Bldg.
332 Minnesota Street
St. Paul, MN 55101

Ira Neil Richards
Trujillo, Rodriguez & Richards, LLC
1717 Arch Street
Suite 3838
Philadelphia, PA 19103

Brian J Robbins
Robbins, Umeda,
610 West Ash Street
Suite 1800
San Diego, CA 92101

Peter Safirstein
Milberg
One Penn Plaza
Suite 4800
New York, NY 10119

Alexander M Schack
16870 West Bernardo Dr
Suite 400
San Diego, CA 92127

Richard J Schicker
1623 Farnam Street
Suite 550
Omaha, NE 68102

Aaron Sheanin
Girard, Gibbs,
601 California Street
Suite 1400
San Francisco, CA 94108

Charles Sweedler
Levin, Fishbein,
510 Walnut Street
Suite 500
Philadelphia, PA 19106

David J Syrios
Ademi and O'reill, LLP
3620 E Layton Avenue
Cudahy, WI 53110

Steven Tidrick
Girard, Gibbs,
601 California Street
14 Floor
San Francisco, CA 94108

Larry Veselka
Smyser, Kaplan,
700 Louisiana
Suite 2300
Houston, TX 77002

Antonio Vozzolo
Faruqi & Faruqi
320 East 39th Street
New York, NY 10016

Richard Stuart Wayne
Strauss & Troy - 1
150 E Fourth Street
4th Floor
Cincinnati, OH 45202-4018

Stewart Weltman
77 W Wacker Dr
Suite 4800
Chicago, IL 60601-1664

Ann White
101 Greenwood Ave
5th floor
Jenkintown, PA 19046

Andrew Wood
Wood, Wood,
US Bank Building
33 W Second St, 3rd Floor
Maysville, KY 41056


Charles P Yezbak
2002 Richard Jones Road
Suite B-200
Nashville, TN 37215

Joseph Zebas
PO Box 1675
Hobbs, NM 88240

/s/ James R. Nelson
James R. Nelson