UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Marin Scotty's Market,
Incorporated, et al.,

                Plaintiff(s),

v.                                            Case No. 2:08–md–01952–PDB–RSW
                                                  Hon. Paul D. Borman

Arctic Glacier, Incorporated, et
al.,

                Defendant(s).

## NOTICE OF MOTION HEARING

You are hereby notified to appear before the Honorable Paul D. Borman at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan.  The following motion(s) are scheduled for hearing:

    Motion to Compel – #332

- RESPONSE DUE:  03/23/2011
- REPLY DUE:  04/01/2011
- MOTION HEARING:  4/11/11 at 11:00 AM

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                          By: s/ D. Goodine
                               Case Manager

Dated:   March 11, 2011