

Matthew S. Wild
mwild@wildlawgroup.com

March 14, 2011

**VIA ECF**

Honorable Paul D. Borman
United States District Judge
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 740
Detroit, MI 48226

      Re:    *In re Packaged Ice Antitrust Litig.*, 08-md-1952-PDB-RSW, MDL No. 1952

Dear Judge Borman:

    We write to respectfully request a one-day extension to file the Indirect Purchaser Plaintiffs' Reply Brief In Further Support of their Motion to Modify the Protective Order (Dkt. #324), which is due today. Defendants consent to this request.

    We apologize for the lateness of this request, but the parties have been actively working to reach a compromise. The parties are optimistic that they will be able to do so tomorrow and, thus avoid requiring the Court's assistance. We believe that filing our reply brief may be counter-productive to these efforts.

                              Respectfully yours,

                              /s Matthew S. Wild

                              Matthew S. Wild

cc:    All counsel (via ECF)