UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE PACKAGED ICE ANTITRUST LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO:<br>DIRECT PURCHASER ACTIONS | Case Number: 08-MD-01952<br>Honorable Paul D. Borman |

ORDER TO PERMIT ADDITIONAL TIME
FOR THE U.S. DEPARTMENT OF JUSTICE TO RESPOND TO
DIRECT PURCHASER PLAINTIFFS' MOTION

Pending before the Court is the motion by the Direct Purchaser Plaintiffs to compel the U.S. Department of Justice to produce certain tape recordings and verbatim transcripts. (Docket No. 332). The Court extends time for the U.S. Department of Justice to respond as follows: Government's response is due March 28, 2011 by noon, with plaintiff's reply due April 1, 2011 by noon. This does not change the date of hearing on the motion, which remains set for April 11, 2011 at 11 a.m.

S/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: March 21, 2011

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 21, 2011.

S/Denise Goodine
Case Manager

75855