IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: PACKAGED ICE ANTITRUST LITIGATION | Civil Action No.: 2:08-MD-1952-PDB |
| | STIPULATION |
| THIS DOCUMENT RELATES TO: ALL INDIRECT PURCHASER ACTIONS | |

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING

IT IS HEREBY STIPULATED AND AGREED by, and among, the parties for the undersigned counsel as follows:

1. Defendants shall not be required to answer the Amended Class Action Complaint.

2. The Indirect Purchaser Plaintiffs shall file a second amended class action complaint on or before April 26, 2011. Defendants reserve the right to challenge any such complaint on any and all grounds.

3. Defendants shall answer, move or otherwise respond to the second amended class action complaint within 30 days after it has been filed.

4. In the event that Defendants make a motion directed at the second amended class action complaint, Plaintiffs shall have 30 days to file any response.

5. Defendants shall thereafter have 21 days to file any replies to Plaintiffs' response.

SO ORDERED.

Dated: 3-28-11

_____
HONORABLE PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

/s/ Max Wild
Matthew S. Wild (mwild@wildlawgroup.com)
Max Wild (max.wild@wildlawgroup.com)
WILD LAW GROUP PLLC
178 Myrtle Boulevard, Suite 104
Larchmont, NY 10538
(914) 630-7500

John M. Perrin (jperrin@wildlawgroup.com)
WILD LAW GROUP PLLC
27735 Jefferson Avenue
St. Clair Shores, Michigan 48081
(586) 773-9500

Interim Lead and Liaison Counsel for the
Proposed Indirect Purchaser Class


/s/ James R. Nelson
James R. Nelson (jr.nelson@dlapiper.com)
DLA PIPER LLP (US)
1717 Main Street, Suite 4600
Dallas, TX 75201-4629
 (214) 743-4500

David H. Bamberger
(david.bamberger@dlapiper.com)
DLA PIPER LLP (US)
500 8th Street, N.W.
Washington, D.C. 20004
(202) 799-4500

Attorneys for Defendant Reddy Ice
Holdings, Inc. and Reddy Ice Corporation

/s/Eric Stock
John B. Pinney (jpinney@graydon.com)
Michael A. Roberts (mroberts@graydon.com)
GRAYDON HEAD & RITCHEY LLP
1900 5th Third Center
511 Walnut Street
Cincinnati, Ohio 45202
(513) 621-6464

Sanford Litvack (slitvack@hhlaw.com)
Eric Stock (ejstock@hhlaw.com)
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
(212) 918-8271

Attorneys for Defendant The Home City Ice
Company


/s/ Eric Enson
Eric P. Enson (epenson@jonesday.com)
JONES DAY
555 South Flower St.
Los Angeles, CA
(213) 489-3939

Paula W. Render (prender@jonesday.com)
Melissa B. Hirst (mbhirst@jonesday.com)
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL 60601
(312) 782-3939

John M. Majoras (jmajoras@jonesday.com)
JONES DAY
51 Louisiana Avenue
Washington, D.C. 20001
(202) 879-7652

Attorneys for Defendants Arctic Glacier
Income Fund, Arctic Glacier Inc., and Arctic
Glacier International Inc.