UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE PACKAGED ICE ANTITRUST
LITIGATION

Case No. 08-md-01952

Paul D. Borman
United States District Judge

DIRECT PURCHASER ACTION

_____

ORDER REQUIRING APPEARANCE OF DEPARTMENT OF JUSTICE ATTORNEY
KEVIN CULLUM, ESQ AT COURT HEARING ON MONDAY, APRIL 11, 2011;  SINCE
FEDERAL CRIMINAL MATTERS APPEAR TO BE "ESSENTIAL" IF THERE IS A
FEDERAL GOVERNMENT SHUTDOWN

The instant hearing deals with matters relating to the Criminal Antitrust Investigation that was directed by Mr. Cullum.   Accordingly, his presence is necessary and required if the Government intends to object to discovery of matters related to the Criminal Investigation.

S/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated:  April 6, 2011

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 6, 2011.

                                                     S/Denise Goodine
                                                     Case Manager