UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE PACKAGED ICE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>DIRECT PURCHASER ACTIONS | Case Number: 08-MD-01952<br>Honorable Paul D. Borman |

DIRECT PURCHASER PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
OF PROPOSED SETTLEMENT WITH ARCTIC GLACIER INCOME FUND,
ARCTIC GLACIER, INC., AND ARCTIC GLACIER INTERNATIONAL, INC.
AND FOR AUTHORIZATION TO DISSEMINATE NOTICE

Direct Purchaser Plaintiffs hereby move the Court, pursuant to Rule 23(e)(1) of the Federal Rules of Civil Procedure, for an order in the form attached hereto granting preliminary approval of the proposed settlement of this litigation with defendants Arctic Glacier Income Fund, Arctic Glacier Inc., and Arctic Glacier International, Inc. ("Arctic Glacier"), appointing Plaintiffs' Interim Class and Liaison Counsel as Class Counsel for the proposed Settlement Class, and authorizing Class Counsel to disseminate notice of the proposed settlement.

In support of this motion, plaintiffs rely upon the accompanying memorandum of law. Arctic Glacier consents to this motion and to the entry of the proposed order.

DATED: April 7, 2011

Respectfully submitted,

| | |
|---|---|
| /s/ Harold Z. Gurewitz | /s/ Joseph C. Kohn |
| Harold Z. Gurewitz (P14468) | Joseph C. Kohn |
| GUREWITZ & RABEN, PLLC | Robert J. LaRocca |
| 333 West Fort Street, Suite 1100 | William E. Hoese |
| Detroit, MI 48226 | KOHN, SWIFT & GRAF, P.C. |
| (313) 628-4733 | One South Broad Street, Suite 2100 |
| | Philadelphia, PA 19107 |
| | (215) 238-1700 |

Interim Lead and Liaison Counsel for the Direct Purchaser Class