IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: PACKAGED ICE ANTITRUST LITIGATION | Civil Action No.: 2:08-MD-1952-PDB |
| THIS DOCUMENT RELATES TO: ALL INDIRECT PURCHASER ACTIONS | STIPULATION |

STIPULATION OF THE PARTIES REGARDING SCHEDULING

IT IS HEREBY STIPULATED AND AGREED by, and among, the parties for the undersigned counsel as follows:

1. Defendants shall not be required to answer the existing Second Amended Class Action Complaint.

2. The Indirect Purchaser Plaintiffs shall file the annexed Consolidated Class Action Complaint (the "New Complaint") promptly after execution of this stipulation. Defendants reserve the right to challenge the New Complaint on any and all grounds.

3. Defendants shall answer, move or otherwise respond to the New Complaint within 30 days after the Indirect Purchaser Plaintiffs file the New Complaint.

4. Defendants shall not seek an extension of time to respond to the New Complaint, absent extraordinary circumstances.

5. In the event that Defendants make a motion directed at the New Complaint, Plaintiffs shall have ~~30~~ 21 days to file any response.

6. Defendants shall thereafter have ~~21~~ 14 days to file any replies to Plaintiffs' response.

7. ~~Plaintiffs may serve written discovery before defendants file a response to the New Complaint. Defendants may object to such discovery on any and all grounds including, but~~

not limited to, that such discovery is premature. Defendants shall not, however, make a prematurity objection to discovery that exclusively relates to (1) claims that survived defendants' motions to dismiss or (2) claims that defendants do not move to dismiss in response to the New Complaint. Defendants shall comply with all discovery requests to which they have not objected.

SO ORDERED.

Dated: 5-26-11

_____
THE HONORABLE PAUL D. BORMAN

/s/ Matthew S. Wild
Matthew S. Wild (mwild@wildlawgroup.com)
Max Wild (max.wild@wildlawgroup.com)
WILD LAW GROUP PLLC
178 Myrtle Boulevard, Suite 104
Larchmont, NY 10538
(914) 630-7500

John M. Perrin (jperrin@wildlawgroup.com)
WILD LAW GROUP PLLC
27735 Jefferson Avenue
St. Clair Shores, Michigan 48081
(586) 773-9500

**Interim Lead and Liaison Counsel for the Proposed Indirect Purchaser Class**

/s/ Eric J. Stock
John B. Pinney (jpinney@graydon.com)
Michael A. Roberts
(mroberts@graydon.com)
GRAYDON HEAD & RITCHEY LLP
1900 5th Third Center
511 Walnut Street
Cincinnati, Ohio 45202
(513) 621-6464

Sanford Litvack (slitvack@hhlaw.com)
Eric Stock (ejstock@hhlaw.com)
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
(212) 918-8271

**Attorneys for Defendant The Home City Ice Company**

| | |
|---|---|
| /s/ James R. Nelson | /s/ Paula W. Render |
| James R. Nelson (jr.nelson@dlapiper.com)<br>DLA PIPER LLP (US)<br>1717 Main Street, Suite 4600<br>Dallas, TX 75201-4629<br>(214) 743-4500 | Paula W. Render (prender@jonesday.com)<br>Melissa B. Hirst (mbhirst@jonesday.com)<br>JONES DAY<br>77 West Wacker Drive, Suite 3500<br>Chicago, IL 60601<br>(312) 782-3939 |
| David H. Bamberger<br>(david.bamberger@dlapiper.com)<br>DLA PIPER LLP (US)<br>500 8th Street, N.W.<br>Washington, D.C. 20004<br>(202) 799-4500 | Eric P. Enson (epenson@jonesday.com)<br>JONES DAY<br>555 South Flower St.<br>Los Angeles, CA<br>(213) 489-3939 |
| **Attorneys for Defendant Reddy Ice Holdings, Inc. and Reddy Ice Corporation** | John M. Majoras (jmajoras@jonesday.com)<br>JONES DAY<br>51 Louisiana Avenue<br>Washington, D.C. 20001<br>(202) 879-7652 |
| | **Attorneys for Defendants Arctic Glacier Income Fund, Arctic Glacier Inc., and Arctic Glacier International Inc.** |