UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE PACKAGED ICE ANTITRUST LITIGATION | Case Number: 08-MD-01952<br>Honorable Paul D. Borman |
| THIS DOCUMENT RELATES TO:<br>DIRECT PURCHASER ACTIONS | |

## ORDER

AND NOW, this _____ day of _____, 2011, upon consideration of Direct Purchaser Plaintiffs' Motion for Approval of Proposed Plan of Distribution of Funds Received in Settlements With Home City Ice Company, Arctic Glacier Income Fund, Arctic Glacier Inc., and Arctic Glacier International, Inc., and following a duly noticed hearing on October 28, 2011:

    The Court authorizes Interim Lead Counsel to distribute the proceeds of the settlements with Home City Ice Company and Arctic Glacier Income Fund, Arctic Glacier Inc., and Arctic Glacier International, Inc., on a *pro rata* basis to those members of the Settlement Class who timely file a Claim Form, as described in the Notice of Settlement with Arctic Glacier, sent to all members of the Settlement Class on August 3, 2011.

IT IS SO ORDERED.


Dated: October __, 2011

                                                                     _____
                                                                     PAUL D. BORMAN
                                                                     UNITED STATES DISTRICT JUDGE

82413

82413